B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Swiercz, Walter C** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2241** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**364 Sauk Trail**<br>**Park Forest, IL**<br>ZIP Code **60466** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Swiercz, Walter C** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><strong>Exhibit A</strong></td><td colspan="2"><strong>Exhibit B</strong></td></tr>
<tr><td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)</td><td colspan="2">(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).</td></tr>
<tr><td>☐  Exhibit A is attached and made a part of this petition.</td><td><strong>X  /s/ Lorraine M. Greenberg</strong><br>Signature of Attorney for Debtor(s)<br><strong>Lorraine M. Greenberg</strong></td><td><strong>August 25, 2015</strong><br>(Date)</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■  Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|         _____<br>        (Name of landlord that obtained judgment) |
|         _____<br>        (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Swiercz, Walter C**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Walter C Swiercz**
Signature of Debtor  **Walter C Swiercz**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 25, 2015**
Date

#### Signature of Attorney*

**X** **/s/ Lorraine M. Greenberg**
Signature of Attorney for Debtor(s)

**Lorraine M. Greenberg   3129023**
Printed Name of Attorney for Debtor(s)

**Lorraine M. Greenberg**
Firm Name
**150 N. Michigan Avenue**
**Suite 800**
**Chicago, IL 60601**

_____
Address

**Email: lgreenberg@greenberglaw.net**
**312-588-3330  Fax: 312-264-5620**
Telephone Number

**August 25, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Walter C Swiercz**                                           Case No. _____
                                            Debtor(s)        Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

&#9744; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9744; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9744; Active military duty in a military combat zone.

&#9744; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Walter C Swiercz**

                                    **Walter C Swiercz**

Date:    **August 25, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Walter C Swiercz**                                              ,   Case No. _____
                                                  Debtor

                                                              Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 82,000.00 | | |
| B - Personal Property | Yes | 4 | 6,766.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 79,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 80 | | 1,178,056.37 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 1,874.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,105.33 |
| Total Number of Sheets of ALL Schedules | | 94 | | | |
| | | Total Assets | 88,766.00 | | |
| | | | Total Liabilities | 1,257,056.37 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Walter C Swiercz** _____ ,
Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 1,874.00 |
| Average Expenses (from Schedule J, Line 22) | 2,105.33 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,178,056.37 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,178,056.37 |

B6A (Official Form 6A) (12/07)

.

In re    **Walter C Swiercz**                                              ,          Case No. _____
                                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **single family home, purchased 1993;  pp. $81,900** <br> **Location: 364 Sauk Trail, Park Forest IL 60466** | **homestead** | **-** | **82,000.00** | **79,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **82,000.00** | (Total of this page) |
| Total > | **82,000.00** | |

**_0_**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Walter C Swiercz**                                                                    ,    Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash on hand** | - | 316.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account at US Bank** | - | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **household goods and furnishings, holiday decorations; linens, housewares, small appliances, pots, pans, dishes; tables, chairs, beds, dressers, nightstands, lamps, chest of drawers, 3 tvs, household tools, phones, dining set; sofas; loveseat; recliner; computer; desks; tall boy; easy chairs; china; china cabinet; table; organ** | - | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **pictures; books** | - | 200.00 |
| 6. Wearing apparel. | | **necessary wearing apparel, bible, texbooks, family pictures** | - | 500.00 |
| 7. Furs and jewelry. | | **6 watches** | - | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **camera** | - | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >        **5,266.00**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Walter C Swiercz**                                      ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                     **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Walter C Swiercz**                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **medical malpractice claim arising from surgery which occurred on or about 8/2/2013;  Debtor is represented by Jay Paul Deratany, 221 N. LaSalle Street, Chicago, Il  60601   (312) 857-7285  2015 L 007901, Circuit Court of Cook County, Illinois Value of claim is estimated to be in excess of $50,001** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Chevrolet Suburban  (not running) (170,000 miles)** | - | **1,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        **1,500.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Walter C Swiercz** ,                           Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **medical prosthetics** | **-** | **Unknown** |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **6,766.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **Walter C Swiercz**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **single family home, purchased 1993;  pp.  $81,900** | **735 ILCS 5/12-901** | **15,000.00** | **82,000.00** |
| **Location: 364 Sauk Trail, Park Forest IL 60466** | | | |
| **Cash on Hand** | | | |
| **cash on hand** | **735 ILCS 5/12-1001(b)** | **316.00** | **316.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **checking account at US Bank** | **735 ILCS 5/12-1001(g)(1)** | **100%** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **household goods and furnishings, holiday decorations; linens, housewares, small appliances, pots, pans, dishes; tables, chairs, beds, dressers, nightstands, lamps, chest of drawers, 3 tvs, household tools, phones, dining set; sofas; loveseat; recliner; computer; desks; tall boy; easy chairs; china; china cabinet; table; organ** | **735 ILCS 5/12-1001(b)** | **3,684.00** | **4,000.00** |
| **Wearing Apparel** | | | |
| **necessary wearing apparel, bible, texbooks, family pictures** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **medical malpractice claim arising from surgery which occurred on or about 8/2/2013;  Debtor is represented by Jay Paul Deratany, 221 N. LaSalle Street, Chicago, Il  60601   (312) 857-7285  2015 L 007901, Circuit Court of Cook County, Illinois** | **735 ILCS 5/2-1716** **735 ILCS 5/12-1001(h)(4)** | **100%** **15,000.00** | **Unknown** |
| **Value of claim is estimated to be in excess of $50,001** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1999 Chevrolet Suburban  (not running)  (170,000 miles)** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **1,500.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **medical prosthetics** | **735 ILCS 5/12-1001(e)** | **100%** | **Unknown** |

Total:        **37,000.00**        **88,416.00**

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Walter C Swiercz** _____,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **0030177737** | | | | **First Mortgage** | | | | | |
| **Cenlar Central Loan Admin & Reporti** PO Box 77404 Ewing, NJ 08628 | - | | | **single family home, purchased 1993; pp. $81,900** Location: 364 Sauk Trail, Park Forest IL 60466 | | | | | |
| | | | | Value $                  **82,000.00** | | | | **79,000.00** | **0.00** |
| Account No. | | | | | | | | | |
| Nationstar Mortgage Attn: Bankruptcy PO Box 619096 Dallas, TX 75261-9741 | | | | **Representing:** **Cenlar Central Loan Admin & Reporti** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| Nationstar Mortgage Bankruptcy Dept. PO Box 630348 Irving, TX 75063 | | | | **Representing:** **Cenlar Central Loan Admin & Reporti** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

___**0**___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **79,000.00** | **0.00** |
| Total (Report on Summary of Schedules) | **79,000.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re    **Walter C Swiercz**                                                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Walter C Swiercz**
,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **MPAS064252** <br><br> **Abc Credit & Recovery** <br> **4736 Main St Ste 4** <br> **Lisle, IL 60532** | - | | | | **Opened  8/01/13** <br><br> **Collection Attorney Midwest Pulmonary Associates** | | | | 125.00 |
| Account No. **A006987461** <br><br> **ACL** <br> **POB 27901** <br> **West Allis, WI 53227** | - | | | | 5/3/2013 | | | | 266.10 |
| Account No. **A007002871** <br><br> **ACL** <br> **POB 27901** <br> **West Allis, WI 53227** | - | | | | 5/14/13 | | | | 502.80 |
| Account No. <br><br> **ACMC Physican Services** <br> **4440 W. 95th Street** <br> **Oak Lawn, IL 60453-2600** | - | | | | **various** | | | | 0.00 |

__79__  continuation sheets attached

Subtotal
(Total of this page)    893.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **557666336** | | | 11/21/13-12/9/13 | | | | | |
| **Advocate Christ Medical Center** **PO Box 4256** **Attn: Patient Accounts** **Carol Stream, IL 60197-4256** | - | | | | | | | **0.00** |
| Account No. | | | April, 2015 | | | | | |
| **Advocate Christ Medical Center** **PO Box 4256** **Attn: Patient Accounts** **Carol Stream, IL 60197-4256** | - | | | | | | | **Unknown** |
| Account No. **556609915** | | | 7/30/13-8/10/13 | | | | | |
| **Advocate Christ Medical Center** **PO Box 4256** **Attn: Patient Accounts** **Carol Stream, IL 60197-4256** | - | | | | | | | **68,047.00** |
| Account No. **561890377** | | | 2/27/15 | | | | | |
| **Advocate Christ Medical Center** **PO Box 3039** **Attn: Patient Accounts** **Oak Brook, IL 60522-3039** | - | | | | | | | **232.61** |
| Account No. **561890393** | | | 2/28/15 | | | | | |
| **Advocate Christ Medical Center** **PO Box 3039** **Attn: Patient Accounts** **Oak Brook, IL 60522-3039** | - | | | | | | | **86.22** |

Sheet no. __1__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**68,365.83**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Advocate Christ Medical Center<br>PO Box 4256<br>Attn:  Patient Accounts<br>Carol Stream, IL 60197-4256** | | | Representing:<br>**Advocate Christ Medical Center** | | | | **Notice Only** |
| Account No. **559826581** <br><br>**Advocate Christ Medical Center<br>PO Box 3039<br>Attn:  Patient Accounts<br>Oak Brook, IL 60522-3039** | | - | 8/1/14 | | | | **188.07** |
| Account No. **557579570** <br><br>**Advocate Christ Medical Center<br>PO Box 4256<br>Attn:  Patient Accounts<br>Carol Stream, IL 60197-4256** | | - | 11/15/13 | | | | **220.00** |
| Account No. <br><br>**Advocate Christ Medical Center<br>P.O. Box 70508<br>Chicago, IL 60673** | | | Representing:<br>**Advocate Christ Medical Center** | | | | **Notice Only** |
| Account No. **561734831** <br><br>**Advocate Christ Medical Center<br>PO Box 3039<br>Attn:  Patient Accounts<br>Oak Brook, IL 60522-3039** | | - | 2/6/15-2/9/15 | | | | **1,260.00** |

Sheet no.  **2**   of  **79**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,668.07**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **562880724** <br><br> **Advocate Christ Medical Center** <br> **PO Box 3039** <br> **Attn:  Patient Accounts** <br> **Oak Brook, IL 60522-3039** | - | | 6/11/15 | | | | 117.19 |
| Account No. **0000000001354892** <br><br> **Advocate Christ Medical Center** <br> **PO Box 4256** <br> **Attn:  Patient Accounts** <br> **Carol Stream, IL 60197-4256** | - | | 2/9/15 | | | | 1,260.00 |
| Account No. **36651800** <br><br> **State Collection Service** <br> **2509 S. Stoughton Road** <br> **Madison, WI 53716** | | | **Representing:** <br> **Advocate Christ Medical Center** | | | | **Notice Only** |
| Account No. **553369026** <br><br> **Advocate Christ Medical Center** <br> **PO Box 4256** <br> **Attn:  Patient Accounts** <br> **Carol Stream, IL 60197-4256** | - | | 8/6/12-8/15/2012 | | | | 177.33 |
| Account No. **553369026** <br><br> **Advocate Christ Medical Center** <br> **PO Box 4256** <br> **Attn:  Patient Accounts** <br> **Carol Stream, IL 60197-4256** | - | | 8/6/2012-8/15/2012 | | | | 204,976.00 |

Sheet no. __3__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **206,530.52**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz**                                          ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **552585473**<br><br>**Advocate Christ Medical Center**<br>**PO Box 4256**<br>**Attn:  Patient Accounts**<br>**Carol Stream, IL 60197-4256** | - | | 5/11/2012-5/18/2012 | | | | 220,242.00 |
| Account No. **554666206**<br><br>**Advocate Christ Medical Center**<br>**PO Box 4256**<br>**Attn:  Patient Accounts**<br>**Carol Stream, IL 60197-4256** | - | | 1/3/2013 | | | | 38,211.00 |
| Account No. **554822841**<br><br>**Advocate Christ Medical Center**<br>**PO Box 4256**<br>**Attn:  Patient Accounts**<br>**Carol Stream, IL 60197-4256** | - | | 1/13/13-1/23/2013 | | | | 248,917.00 |
| Account No. **557306388**<br><br>**Advocate Christ Medical Center**<br>**PO Box 4256**<br>**Attn:  Patient Accounts**<br>**Carol Stream, IL 60197-4256** | - | | 10/14/13-10/17/2013 | | | | 27,870.00 |
| Account No. **559826581**<br><br>**Advocate Christ Medical Center**<br>**PO Box 4256**<br>**Attn:  Patient Accounts**<br>**Carol Stream, IL 60197-4256** | - | | 8/1/2014 | | | | 188.07 |

Sheet no. __4__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          535,428.07

B6F (Official Form 6F) (12/07) - Cont.

In re **Walter C Swiercz** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **561734831** | | | 2/16/15 | | | | | |
| **Advocate Christ Medical Center 4440 West 95th Street Attn:  Patient Accounts Oak Lawn, IL 60453** | - | | | | | | | 1,260.00 |
| Account No. **561890393** | | | 2/28/15 | | | | | |
| **Advocate Christ Medical Center PO Box 4256 Attn:  Patient Accounts Carol Stream, IL 60197-4256** | - | | | | | | | 86.22 |
| Account No. | | | 2015 | | | | | |
| **Advocate Christ Medical Center P.O. Box 3597 Physician Billing Springfield, IL 62708-3597** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Advocate Christ Medical Center Attn: Billing/Collections P.O. Box 70508 Chicago, IL 60673-0508** | - | | | | | | | 0.00 |
| Account No. **561890377** | | | 2/27/15 | | | | | |
| **Advocate Christ Medical Center PO Box 4256 Attn:  Patient Accounts Carol Stream, IL 60197-4256** | - | | | | | | | 232.61 |

| | | |
|---|---|---|
| Sheet no. __5__ of __79__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,578.83 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **562880724** <br><br> **Advocate Christ Medical Center** <br> **PO Box 4256** <br> **Attn:  Patient Accounts** <br> **Carol Stream, IL 60197-4256** | - | | 6/11/15 | | | | 177.19 |
| Account No. **554039834** <br><br> **Advocate Health and Hospitals Corp.** <br> **P.O. Box 70508** <br> **Chicago, IL 60673-0508** | - | | 10/25/2012 | | | | 1,212.00 |
| Account No. <br><br> **GAIL D HASBROUCK** <br> **3075 HIGHLAND PARKWAY** <br> **Suite 600** <br> **Downers Grove, IL 60515** | | | **Representing:** <br> **Advocate Health and Hospitals Corp.** | | | | Notice Only |
| Account No. **20547667** <br><br> **Harris & Harris, Ltd.** <br> **PO Box 5598** <br> **Chicago, IL 60680-5598** | | | **Representing:** <br> **Advocate Health and Hospitals Corp.** | | | | Notice Only |
| Account No. **554272047** <br><br> **Advocate Health and Hospitals Corp.** <br> **P.O. Box 70508** <br> **Chicago, IL 60673-0508** | - | | 11/14/2012 | | | | 143.20 |

Sheet no. __**6**___ of __**79**___ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)    | 1,532.39 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Walter C Swiercz_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **554565614** <br><br> **Advocate Health and Hospitals Corp.** <br> **P.O. Box 70508** <br> **Chicago, IL 60673-0508** | - | | 12/14/2012 | | | | 709.60 |
| Account No. **554355669** <br><br> **Advocate Health Care** <br> **3075 Highland Parkway Suite 600** <br> **Downers Grove, IL 60515** | - | | 11/23/2012 | | | | 1,336.00 |
| Account No. **109328** <br><br> **Advocate Home Care Products -DME** <br> **2311 W 22nd Street, Ste 300** <br> **Oak Brook, IL 60523** | - | | 8/9/2013 | | | | 463.48 |
| Account No. **63278** <br><br> **Advocate Home Health Services** <br> **2311 W 22nd Street** <br> **Oak Brook, IL 60523-4103** | - | | | | | | 5,305.46 |
| Account No. **63278** <br><br> **Advocate Home Health Services** <br> **2311 W 22nd Street** <br> **Oak Brook, IL 60523** | - | | 12/1/2011-6/8/2012 | | | | 990.00 |

Sheet no. __7___ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,804.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **63278** <br><br> **Advocate Home Health Services** <br> **2311 W 22nd Street** <br> **Oak Brook, IL 60523** | - | | | | 1/1/2009-12/31/2013 | | | | 4,716.51 |
| Account No. **63278** <br><br> **Advocate Home Health Services** <br> **2311 W 22nd Street** <br> **Oak Brook, IL 60523** | - | | | | 8/11/13-12/24/13 | | | | 6,609.63 |
| Account No. **63278** <br><br> **Advocate Home Health Services** <br> **2311 W 22nd Street** <br> **Oak Brook, IL 60523-4103** | - | | | | 1/1/2009-4/30/2014 | | | | 4,716.51 |
| Account No. **1001054898** <br><br> **Advocate Medical Group** <br> **701 Lee Street** <br> **Des Plaines, IL 60016** | - | | | | 11/23/13 & others | | | | 247.40 |
| Account No. **1001054898** <br><br> **Advocate Medical Group** <br> **701 Lee Street** <br> **Des Plaines, IL 60016** | - | | | | various | | | | 62.20 |

Sheet no. __8__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,352.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1001054898** | | | various | | | | |
| **Advocate Medical Group** **701 Lee Street** **Des Plaines, IL 60016** | - | | | | | | 5,006.00 |
| Account No. **1001054898** | | | various | | | | |
| **Advocate Medical Group** **701 Lee Street** **Des Plaines, IL 60016** | - | | | | | | 1,649.00 |
| Account No. **1001054898** | | | various | | | | |
| **Advocate Medical Group** **701 Lee Street** **Des Plaines, IL 60016** | - | | | | | | 1,074.00 |
| Account No. **1001054898** | | | multiple | | | | |
| **Advocate Medical Group** **701 Lee Street** **Des Plaines, IL 60016** | - | | | | | | 10,166.00 |
| Account No. **1001054898** | | | 1/19/13 | | | | |
| **Advocate Medical Group** **4220 W 95th Street** **Suite 200** **Oak Lawn, IL 60453** | - | | | | | | 43.00 |

Sheet no. __9__ of __79__ sheets attached to Schedule of            Subtotal            | 17,938.00 |
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Walter C Swiercz**                                                ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **1001054898** <br><br> **Advocate Medical Group** <br> **701 Lee Street** <br> **Des Plaines, IL 60016** | - | | | | 1/3/13-5/21/13 | | | | 10,670.00 |
| Account No. **1001054898** <br><br> **Advocate Medical Group** <br> **701 Lee Street** <br> **Des Plaines, IL 60016** | - | | | | 6/4/13-10/15/13 | | | | 3,610.00 |
| Account No. **1001054898** <br><br> **Advocate Medical Group** <br> **701 Lee Street** <br> **Des Plaines, IL 60016** | - | | | | 7/31/13-10/16/13 | | | | 3,857.00 |
| Account No. **1001054898** <br><br> **Advocate Medical Group** <br> **701 Lee Street** <br> **Des Plaines, IL 60016** | - | | | | 5/5/2012 | | | | 474.00 |
| Account No. <br><br> **Advocate Medical Group** <br> **701 Lee Street** <br> **Des Plaines, IL 60016** | - | | | | 2014 - 2015 | | | | **Unknown** |

Sheet no. __10__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,611.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Walter C Swiercz** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **129854** | | | 5/17/2012 | | | | | |
| **AMG - Heart & Vascular Of Illinois** <br> **75 Remittance Drive, Suite #1555** <br> **Chicago, IL 60675-1555** | - | | | | | | | 43.00 |
| Account No. **48896** | | | 5/11/12 | | | | | |
| **Andina & Irabagon S.C.** <br> **6250 South Archer** <br> **Chicago, IL 60638-2667** | - | | | | | | | 40.00 |
| Account No. **7517749** | | | | | | | | |
| **Asset Recovery Solutions, LLC** <br> **2200 E Devon Ave** <br> **Suite 200** <br> **Des Plaines, IL 60018-4501** | - | | | | | | | 577.09 |
| Account No. **2863760** | | | 7/31/13 | | | | | |
| **Associates In Rehab Medicine** <br> **777 Oakmont Lane** <br> **Suite 1600** <br> **Westmont, IL 60559-5577** | - | | | | | | | 412.00 |
| Account No. **2863760** | | | 8/5/2013-8/6/2013 | | | | | |
| **Associates In Rehab Medicine** <br> **777 Oakmont Lane** <br> **Suite 1600** <br> **Westmont, IL 60559-5577** | - | | | | | | | 110.00 |

Sheet no. __**11**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,182.09**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz**                                                    ,        Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4888941994796682** <br><br>**Bank Of America** <br>**Attention: Recovery Department** <br>**4161 Peidmont Pkwy.** <br>**Greensboro, NC 27410** | - | | Opened 11/01/03  Last Active 10/04/13 <br><br>Credit Card | | | | **3,486.00** |
| Account No. <br><br>**Bank Of America** <br>**Po Box 982235** <br>**El Paso, TX 79998** | | | Representing: <br>Bank Of America | | | | **Notice Only** |
| Account No. **019462141** <br><br>**Client Services, Inc** <br>**3451 Harry S. Truman Blvd.** <br>**Saint Charles, MO 63301** | | | Representing: <br>Bank Of America | | | | **Notice Only** |
| Account No. **51939938** <br><br>**Firstsource Advantage LLC** <br>**205 Bryant Woods South** <br>**Amherst, NY 14228** | | | Representing: <br>Bank Of America | | | | **Notice Only** |
| Account No. **000099543832706** <br><br>**Barclays Bank Delaware** <br>**Attn: Bankruptcy** <br>**P.O. Box 8801** <br>**Wilmington, DE 19899** | - | | Opened 12/01/08  Last Active 10/15/13 <br><br>Credit Card | | | | **3,734.00** |

Sheet no. __**12**__ of __**79**__ sheets attached to Schedule of                              Subtotal                **7,220.00**
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                          ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Barclays Bank Delaware** <br> **125 S West St** <br> **Wilmington, DE 19801** | | | Representing: <br> **Barclays Bank Delaware** | | | | **Notice Only** |
| Account No. **3004354** <br><br> **Blatt, Hasenmiller, Leibsker & Moor** <br> **10 S. LaSalle St** <br> **Suite 2200** <br> **Chicago, IL 60603-1069** | | | Representing: <br> **Barclays Bank Delaware** | | | | **Notice Only** |
| Account No. <br><br> **Juniper** <br> **PO Box 13337** <br> **Philadelphia, PA 19101-3337** | | | Representing: <br> **Barclays Bank Delaware** | | | | **Notice Only** |
| Account No. **1006075318** <br><br> **NCB Management Services, Inc.** <br> **P.O. Box 1099** <br> **Langhorne, PA 19047** | | | Representing: <br> **Barclays Bank Delaware** | | | | **Notice Only** |
| Account No. <br><br> **Northland Group Inc.** <br> **P.O. Box 390846** <br> **Minneapolis, MN 55439** | | | Representing: <br> **Barclays Bank Delaware** | | | | **Notice Only** |

Sheet no. __**13**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                    ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Northstar Location Services LLC** <br> **4285 Genesee Street** <br> **Cheektowaga, NY 14225-1943** | | | Representing: <br> **Barclays Bank Delaware** | | | | **Notice Only** |
| Account No. 120021699868 <br><br> **Cach Llc/Square Two Financial** <br> **Attention: Bankruptcy** <br> **4340 South Monaco St.  2nd Floor** <br> **Denver, CO 80237** | - | | Opened  6/01/14 <br><br> **Collection Attorney Capital One Bank  Usa N.A.** | | | | **2,610.00** |
| Account No. <br><br> **Cach Llc/Square Two Financial** <br> **4340 S Monaco St Unit 2** <br> **Denver, CO 80237** | | | Representing: <br> **Cach Llc/Square Two Financial** | | | | **Notice Only** |
| Account No. 120021699868 <br><br> **First Step Group LLC** <br> **6300 Shingle Creek Parkway** <br> **Suite 220** <br> **Brooklyn Center, MN 55430** | | | Representing: <br> **Cach Llc/Square Two Financial** | | | | **Notice Only** |
| Account No. 5178057324912786 <br><br> **Capital One** <br> **Attn: Bankruptcy** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | - | | Opened  1/01/03  Last Active 10/26/13 <br><br> **Credit Card** | | | | **3,934.00** |

Sheet no. __14__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,544.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz**_____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **2993106** | | | | | | | | |
| **Blatt, Hasenmiller, Leibsker & Moor 10 S. LaSalle St Suite 2200 Chicago, IL 60603-1069** | | | | Representing: **Capital One** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Capital One Pob 30281 Salt Lake City, UT 84130** | | | | Representing: **Capital One** | | | | **Notice Only** |
| Account No. **302513338** | | | | | | | | |
| **Nelson, Watson & Associates, LLC PO Box 1299 Haverhill, MA 01831-1799** | | | | Representing: **Capital One** | | | | **Notice Only** |
| Account No. **5178059885638933** | | | | Opened 10/01/02  Last Active 10/26/13 | | | | |
| **Capital One Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130** | - | | | **Credit Card** | | | | **3,083.00** |
| Account No. | | | | | | | | |
| **Blatt, Hasenmiller, Leibsker & Moor 10 S. LaSalle St Suite 2200 Chicago, IL 60603-1069** | | | | Representing: **Capital One** | | | | **Notice Only** |

Sheet no. __**15**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,083.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                                              ,  Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Capital One** <br>**Pob 30281** <br>**Salt Lake City, UT 84130** | | | **Representing:** <br>**Capital One** | | | | **Notice Only** |
| Account No. **6004-3009-1129-5548** <br><br>**Capital One Retail Services** <br>**PO Box 5893** <br>**Carol Stream, IL 60197-5893** | | - | | | | | **500.00** |
| Account No. <br><br>**Asset Recovery Solutions LLC** <br>**2200 E Devon Ave** <br>**Suite 200** <br>**Des Plaines, IL 60018-4501** | | | **Representing:** <br>**Capital One Retail Services** | | | | **Notice Only** |
| Account No. **37-16507837** <br><br>**Cardiothoracic & Vascular Surgical Associates, S.C.** <br>**PO Box 3722** <br>**Springfield, IL 62708-3722** | | - | **various** | | | | **617.00** |
| Account No. **37-16507837** <br><br>**Cardiothoracic & Vascular Surgical Associates, S.C.** <br>**PO Box 3722** <br>**Springfield, IL 62708-3722** | | - | **various** | | | | **2,013.00** |

Sheet no. __**16**__ of __**79**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,130.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                                   ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **37-16507837** | | | multiple | | | | | |
| **Cardiothoracic & Vascular Surgical Associates, S.C.** **PO Box 3722** **Springfield, IL 62708-3722** | - | | | | | | | **5,193.00** |
| Account No. | | | | | | | | |
| **Cardiovascular Care Consultants** **10837 S. Cicero Ave** **Suite 110** **Oak Lawn, IL 60453-6459** | - | | | | | | | **4,012.00** |
| Account No. | | | | | | | | |
| **Cardiovascular Care Consultants** **4950 W. 95th St** **Oak Lawn, IL 60453** | | | | Representing: Cardiovascular Care Consultants | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Law Offices of Joel Cardis, LLC** **2006 Swede Road, Suite 100** **E. Norriton, PA 19401** | | | | Representing: Cardiovascular Care Consultants | | | | **Notice Only** |
| Account No. **1085610856** | | | | | | | | |
| **Transworld Systems Inc.** **PO Box 17221** **Wilmington, DE 19850** | | | | Representing: Cardiovascular Care Consultants | | | | **Notice Only** |

Sheet no. __**17**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,205.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz**                                          ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10856** <br><br> **Cardiovascular Care Consultants** <br> **4950 W. 95th St** <br> **Oak Lawn, IL 60453-2504** | - | | various | | | | 2,347.00 |
| Account No. **18080** <br><br> **Cardiovascular Consultants** <br> **12845 S Cicero Ave** <br> **Suite 202** <br> **Alsip, IL 60803-3083** | - | | 3/4/15 | | | | 116.78 |
| Account No. **18080** <br><br> **Cardiovascular Consultants** <br> **12845 S Cicero Ave** <br> **Suite 202** <br> **Alsip, IL 60803-3083** | - | | various | | | | 48.46 |
| Account No. **4090423** <br><br> **Cardiovascular Management** <br> **900 S Frontage Road** <br> **Suite 325** <br> **Woodridge, IL 60517** | - | | 5/17/2012 | | | | 43.00 |
| Account No. **500337930** <br><br> **United Recovery Service, LLC** <br> **18525 Torrence Ave** <br> **Suite C-6** <br> **Lansing, IL 60438** | | | Representing: <br> **Cardiovascular Management** | | | | **Notice Only** |

Sheet no. __18__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,555.24**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **4121375000285512** <br><br>**Chase Card**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | - | | | **Opened 9/01/96 Last Active 10/27/13**<br><br>**Credit Card** | | | | **2,735.00** |
| Account No. **29648878** <br><br>**ARS National Services, Inc.**<br>**PO Box 463023**<br>**Escondido, CA 92046-3023** | | | | Representing:<br>**Chase Card** | | | | **Notice Only** |
| Account No. **2393159** <br><br>**MRS Associates Of NJ**<br>**1930 Olney Ave**<br>**Cherry Hill, NJ 08003** | | | | Representing:<br>**Chase Card** | | | | **Notice Only** |
| Account No. **80580419** <br><br>**United Collection Bureau, Inc.**<br>**5620 Southwyck Blvd.**<br>**Suite 206**<br>**Toledo, OH 43614** | | | | Representing:<br>**Chase Card** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx5109** <br><br>**Chase Card**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | - | | | | | | | **129.00** |

| | | |
|---|---|---|
| Sheet no. __**19**__ of __**79**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **2,864.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Walter C Swiercz** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **T-9611015** | | | | | | | |
| **Convergent Outsourcing, Inc.** **10750 Hammerly Blvd #200** **Houston, TX 77043** | | | Representing: **Chase Card** | | | | **Notice Only** |
| Account No. **17244300** | | | | | | | |
| **Leading Edge Recovery Solutions** **5440 N. Cumberland Ave., Suite 300** **Chicago, IL 60656-1490** | | | Representing: **Chase Card** | | | | **Notice Only** |
| Account No. **25584626-PV-0511** | | | | | | | |
| **Plaza Recovery, Inc** **PO Box 722218** **Houston, TX 77272-2218** | | | Representing: **Chase Card** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx5941** | | - | | | | | |
| **Citicorp Centralized Bankruptcy Dep** **(Home Depot)** **Po Box 790040** **Saint Louis, MO 63179** | | | | | | | **5,237.00** |
| Account No. | | | | | | | |
| **CITI** **PO Box 790345** **Saint Louis, MO 63179** | | | Representing: **Citicorp Centralized Bankruptcy Dep** | | | | **Notice Only** |

Sheet no. __**20**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,237.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz** _____,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **31946820** <br><br> **FMA Alliance, Ltd.** <br> **12339 Cutten Road** <br> **Houston, TX 77066** | | | Representing: <br> **Citicorp Centralized Bankruptcy Dep** | | | | **Notice Only** |
| Account No. <br><br> **Home Depot Credit Services** <br> **PO Box 790328** <br> **Saint Louis, MO 63179** | | | Representing: <br> **Citicorp Centralized Bankruptcy Dep** | | | | **Notice Only** |
| Account No. **33782641** <br><br> **United Recovery Systems, LP** <br> **5800 North Course Drive** <br> **Houston, TX 77072-1613** | | | Representing: <br> **Citicorp Centralized Bankruptcy Dep** | | | | **Notice Only** |
| Account No. **5856370691377965** <br><br> **Comenity Bank/Harlem Furniture** <br> **Attention:  Bankruptcy** <br> **Po Box 182125** <br> **Columbus, OH 43218** | - | | Opened  9/01/10  Last Active 12/31/14 <br><br> **Charge Account** | | | | **3,925.00** |
| Account No. <br><br> **Comenity Bank/Harlem Furniture** <br> **Po Box 182789** <br> **Columbus, OH 43218** | | | Representing: <br> **Comenity Bank/Harlem Furniture** | | | | **Notice Only** |

Sheet no. __**21**__ of __**79**__ sheets attached to Schedule of                         Subtotal                    | **3,925.00** |
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **20838211** <br><br> **Weltman Weinberg & Reis** <br> **3705 Marlane Drive** <br> **Grove City, OH 43123-8895** | | | | Representing: <br> **Comenity Bank/Harlem Furniture** | | | | **Notice Only** |
| Account No. **D63196880N1** <br><br> **Comnwlth Fin** <br> **245 Main St** <br> **Dickson City, PA 18519** | | - | | **Emp Of Cook County Llc** | | | | **864.00** |
| Account No. <br><br> **Phoenix Financial Services LLC** <br> **PO Box 26580** <br> **Indianapolis, IN 46226-0580** | | | | Representing: <br> **Comnwlth Fin** | | | | **Notice Only** |
| Account No. **CHS-3940063-113** <br><br> **Consultants in Pathology SC** <br> **PO Box 30309** <br> **Charleston, SC 29417-0309** | | - | | **multiple** | | | | **147.55** |
| Account No. **CHS-3468165-113** <br><br> **Consultants in Pathology SC** <br> **5935 Rivers Ave Ste 101** <br> **N. Charleston, SC 29406** | | - | | | | | | **26.25** |

Sheet no. __**22**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,037.80**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                          , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **CHS-3427454-113**<br><br>**Consultants in Pathology SC**<br>**PO Box 30309**<br>**Charleston, SC 29417-0309** | - | | | **multiple** | | | | 1,269.89 |
| Account No. **CHS-3927508-113**<br><br>**Consultants in Pathology SC**<br>**PO Box 30309**<br>**Charleston, SC 29417-0309** | - | | | **multiple** | | | | 36.85 |
| Account No. **CHS-3928344-113**<br><br>**Consultants in Pathology SC**<br>**PO Box 30309**<br>**Charleston, SC 29417-0309** | - | | | **5/3/12** | | | | 8.75 |
| Account No. **CHS-3928295-113**<br><br>**Consultants in Pathology SC**<br>**PO Box 30309**<br>**Charleston, SC 29417-0309** | - | | | **5/3/2012** | | | | 35.00 |
| Account No. 661079223<br><br>**Credit First/CFNA**<br>**Bk13 Credit Operations**<br>**Po Box 818011**<br>**Cleveland, OH 44181** | - | | | **Opened  4/01/95  Last Active 10/04/13**<br><br>**Charge Account** | | | | 2,893.00 |

Sheet no. __23__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,243.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                                    ,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **21815539** <br><br>**Alliance One** <br>**4850 Street Rd #level C** <br>**Trevose, PA 19053** | | | | Representing: <br>**Credit First/CFNA** | | | | **Notice Only** |
| Account No. **018030314** <br><br>**Client Services, Inc** <br>**3451 Harry S. Truman Blvd.** <br>**Saint Charles, MO 63301** | | | | Representing: <br>**Credit First/CFNA** | | | | **Notice Only** |
| Account No. <br><br>**Credit First National Association** <br>**P.O. Box 81410** <br>**Cleveland, OH 44181** | | | | Representing: <br>**Credit First/CFNA** | | | | **Notice Only** |
| Account No. <br><br>**Credit First National Association** <br>**P.O. Box 81344** <br>**Cleveland, OH 44188** | | | | Representing: <br>**Credit First/CFNA** | | | | **Notice Only** |
| Account No. <br><br>**Credit First/CFNA** <br>**6275 Eastland Road** <br>**Brook Park, OH 44142** | | | | Representing: <br>**Credit First/CFNA** | | | | **Notice Only** |

Sheet no. __24__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz** _____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2688908 | | | 1/23/2013 | | | | |
| Deepak Leekha MD 777 Oakmont Lane, Ste 1600 Westmont, IL 60559-5577 | - | | | | | | 1,153.00 |
| Account No. 6011-3810-1591-1199 | | | | | | | |
| Direct Merchants Bank Cardmember Services PO Box 30258 Salt Lake City, UT 84130-0258 | - | | | | | | 2,600.00 |
| Account No. 120021699868 | | | Representing: Direct Merchants Bank | | | | Notice Only |
| First Step Group LLC 6300 Shingle Creek Parkway Suite 220 Brooklyn Center, MN 55430 | | | | | | | |
| Account No. SWIWA000 | | | various | | | | |
| Dr. Mulamalla & Dr. Reddy Cardiovasular Care Associates 3800 203rd St Suite 209 Olympia Fields, IL 60461-1185 | - | | | | | | 4,775.00 |
| Account No. 4383140861920 | | | Opened  4/01/12  Last Active 10/26/13 Charge Account | | | | |
| Dsnb Macys Po Box 8218 Mason, OH 45040 | - | | | | | | 687.00 |

Sheet no. __25__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,215.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                                    , Case No. _____
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **DS2 020139004**<br><br>**LTD Financial Services LP**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** | | | | Representing:<br>**Dsnb Macys** | | | | **Notice Only** |
| Account No.<br><br>**Macy's**<br>**Attention: Bankruptcy Processing**<br>**PO Box 8053**<br>**Mason, OH 45040** | | | | Representing:<br>**Dsnb Macys** | | | | **Notice Only** |
| Account No. **F51338695**<br><br>**Northland Group, Inc.**<br>**P.O. Box 390905**<br>**Mail Code F164**<br>**Edina, MN 55439** | | | | Representing:<br>**Dsnb Macys** | | | | **Notice Only** |
| Account No. **M7601639**<br><br>**Emp of Cook County, LLC**<br>**PO Box 636750**<br>**Cincinnati, OH 45263-6750** | | - | | **5/5/2012** | | | | **861.30** |
| Account No. **36756804**<br><br>**Escallate Llc**<br>**5200 Stoneham Rd**<br>**North Canton, OH 44720** | | - | | **Opened 11/01/12**<br><br>**Collection Attorney Emp Of Cook County  Llc** | | | | **861.00** |

Sheet no. __26__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,722.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                                                    ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Emp of Cook County LLC** **4535 Dressler Road NW** **Canton, OH 44718-2545** | | | | **Representing:** **Escallate Llc** | | | | **Notice Only** |
| Account No. 37579516 | | | | Opened 11/01/13 | | | | |
| **Escallate Llc** **5200 Stoneham Rd** **North Canton, OH 44720** | | - | | **Collection Attorney Emp Of Cook County  Llc** | | | | **690.00** |
| Account No. 36184128 | | | | 11/22/2011 | | | | |
| **Escallate Llc** **PO Box 710715** **Columbus, OH 43271-0715** | | - | | | | | | **864.00** |
| Account No. 41053933 | | | | | | | | |
| **Bay Area Credit Service LLC** **PO Box 467600** **Atlanta, GA 31146** | | | | **Representing:** **Escallate Llc** | | | | **Notice Only** |
| Account No. M7601639 | | | | | | | | |
| **Emp of Cook County LLC** **4535 Dressler Road NW** **Canton, OH 44718-2545** | | | | **Representing:** **Escallate Llc** | | | | **Notice Only** |

Sheet no. __27__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,554.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                    ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx0904** <br><br> **FIA Card Services, N.A.** <br> **PO Box 15102** <br> **Wilmington, DE 19886-5102** | - | | | | | | **3,221.00** |
| Account No. <br><br> **Bank of America** <br> **PO Box 982236** <br> **El Paso, TX 79998-2236** | | | Representing: <br> FIA Card Services, N.A. | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx6682** <br><br> **Northstar Location Services LLC** <br> **4285 Genesee Street** <br> **Cheektowaga, NY 14225-1943** | | | Representing: <br> FIA Card Services, N.A. | | | | **Notice Only** |
| Account No. **82750** <br><br> **Foot & Ankle Associates Ltd** <br> **4650 Southwest Highway** <br> **Oak Lawn, IL 60453** | - | | 5/20/14 & others | | | | **15.62** |
| Account No. **1309815** <br><br> **Franciscan Alliance** <br> **PO Box 4628** <br> **Oak Brook, IL 60522** | - | | 10/2/14-10/31/14 | | | | **61.68** |

Sheet no. __28__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **3,298.30**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **513143539** <br><br> Franciscan Alliance <br> PO Box 4628 <br> Oak Brook, IL 60522 | - | | 7/30/2013- | | | | 5,420.35 |
| Account No. <br><br> Franciscan Alliance <br> PO Box 664056 <br> Indianapolis, IN 46266-4056 | | | Representing: <br> Franciscan Alliance | | | | Notice Only |
| Account No. <br><br> Franciscan Alliance <br> PO Box 4628 <br> Oak Brook, IL 60522 | - | | | | | | 0.00 |
| Account No. **9512013941** <br><br> Franciscan Alliance Inc <br> 37653 Eagle Way <br> Chicago, IL 60678-1376 | - | | 1/31/2012 | | | | 259.70 |
| Account No. **10270988** <br><br> MiraMed Revenue Group <br> 991 Oak Creek Drive <br> Lombard, IL 60148 | | | Representing: <br> Franciscan Alliance Inc | | | | Notice Only |

Sheet no. __29__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,680.05

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz** _____ ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **514123579** <br><br> Franciscan St. James Health <br> PO Box 4628 <br> Oakbrook, IL 60522 | | - | | | | | 33.84 |
| Account No. **514166799** <br><br> Franciscan St. James Health <br> PO Box 4628 <br> Oakbrook, IL 60522 | | - | 9/3/14-9/30/14 | | | | 83.78 |
| Account No. **514158281** <br><br> Franciscan St. James Health <br> PO Box 4628 <br> Oakbrook, IL 60522 | | - | 8/15/2014-8/31/2014 | | | | 32.74 |
| Account No. **514189015** <br><br> Franciscan St. James Health <br> 2434 Interstate Plaza Drive <br> Suite 2 <br> Hammond, IN 46324 | | - | 10/2/14-10/31/14 | | | | 61.68 |
| Account No. **514166799** <br><br> Franciscan St. James Health <br> PO Box 4628 <br> Oakbrook, IL 60522 | | - | 9/3/2014-9/30/2014 | | | | 83.78 |

Sheet no. __**30**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

295.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9511206807 & others** <br><br> **Franciscan St. James Health Olympia Fields c/o Harris & Harris, Ltd 111 W Jackson Blvd, Suite 900 Chicago, IL 60604-4134** | - | | | | | | **105.00** |
| Account No. **21382790** <br><br> **Harris & Harris, ltd. 111 West Jackson Blvd. Suite 400 Chicago, IL 60604-4134** | | | **Representing: Franciscan St. James Health** | | | | **Notice Only** |
| Account No. **9512081620** <br><br> **Franciscan St. James Health PO Box 4628 Oak Brook, IL 60522** | - | | **5/5/12-5/9/2012** | | | | **12.00** |
| Account No. **513143539** <br><br> **Franciscan St. James Health PO Box 4628 Oak Brook, IL 60522** | - | | **7/30/2013** | | | | **5,420.35** |
| Account No. **9511206807** <br><br> **Franciscan St. James Health 2434 Interstate Plaza Drive Suite 2 Hammond, IN 46324** | - | | **11/22/2011-12/27/2011** | | | | **105.00** |

Sheet no. __31__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,642.35**

B6F (Official Form 6F) (12/07) - Cont.

In re **Walter C Swiercz** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 9512039386 | | 2/1/2012-2/29/2012 | | | | | | |
| Franciscan St. James Health PO Box 4628 Oak Brook, IL 60522 | - | | | | | | | 25.00 |
| Account No. 9512022831 | | 2/3/2012- | | | | | | |
| Franciscan St. James Health 2434 Interstate Plaza Drive Suite 2 Hammond, IN 46324 | - | | | | | | | 151.20 |
| Account No. 9512076346 | | 5/1/2012 | | | | | | |
| Franciscan St. James Health 2434 Interstate Plaza Drive Suite 2 Hammond, IN 46324 | - | | | | | | | 3,296.63 |
| Account No. 9512079812 | | 53/2012 | | | | | | |
| Franciscan St. James Health 2434 Interstate Plaza Drive Suite 2 Hammond, IN 46324 | - | | | | | | | 345.00 |
| Account No. 9512080418 | | 5/3/2012 | | | | | | |
| Franciscan St. James Health 2434 Interstate Plaza Drive Suite 2 Hammond, IN 46324 | - | | | | | | | 473.00 |

Sheet no. __32__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,290.83

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                      ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **514119867** <br><br> **Franciscan St. James Health** <br> **PO Box 4628** <br> **Oak Brook, IL 60522** | - | | **6/19/2014-6/30/2014** | | | | **30.85** |
| Account No. **24375858** <br><br> **Harris & Harris, ltd.** <br> **111 West Jackson Blvd. Suite 400** <br> **Chicago, IL 60604-4135** | | | **Representing:** <br> **Franciscan St. James Health** | | | | **Notice Only** |
| Account No. **9511206807 & others** <br><br> **Franciscan St. James Health - Olymp Fields** <br> **c/o Harris & Harris, Ltd** <br> **111 West Jackson Blvd, Suite 400** <br> **Chicago, IL 60604-4135** | - | | **11/22/2011 & others** | | | | **7,992.62** |
| Account No. <br><br> **Franciscan St. James Health** <br> **PO Box 4628** <br> **Oak Brook, IL 60522** | | | **Representing:** <br> **Franciscan St. James Health - Olymp** | | | | **Notice Only** |
| Account No. **9511206807** <br><br> **Franciscan St. James Health-Olympia** <br> **PO Box 4628** <br> **Oakbrook, IL 60522** | - | | **11/22/2011** | | | | **105.00** |

Sheet no. __**33**__ of __**79**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **8,128.47** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx9226 <br><br> **GE Capital Retail Bank/Discount Tir Bankruptcy Dept. PO Box 103106 Roswell, GA 30076** | - | | | | | | 0.00 |
| Account No. **3010XO6PO6** <br><br> **Hanger Clinic 17530 S Kedzie Avenue Hazel Crest, IL 60429-2004** | - | | 2/24/14 | | | | 125.22 |
| Account No. **3010xo6po6** <br><br> **Hanger Clinic 17530 S Kedzie Avenue Hazel Crest, IL 60429-2004** | - | | 5/12/14 | | | | 808.28 |
| Account No. <br><br> **Hanger Prosthetics & Orthotics 17530 S Kedzie Avenue Hazel Crest, IL 60429-2004** | - | | | | | | 125.22 |
| Account No. **21382790** <br><br> **Harris Harris & Harris, Ltd. 111 W Jackson Blvd 400 Chicago, IL 60604** | - | | Opened  9/01/13 <br><br> Collection Attorney Franciscan St James Health | | | | 105.00 |

Sheet no. __34__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,163.72**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Walter C Swiercz** _____,     Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Harris** <br> **111 W Jackson Blvd S-400** <br> **Chicago, IL 60604** | | | | **Representing:** <br> **Harris** | | | | **Notice Only** |
| Account No. **24840830** <br><br> **Harris** <br> **Harris & Harris, Ltd.** <br> **111 W Jackson Blvd 400** <br> **Chicago, IL 60604** | - | | | **Opened  3/01/15** <br><br> **Collection Attorney Franciscan St James Health** | | | | **84.00** |
| Account No. <br><br> **Harris** <br> **111 W Jackson Blvd S-400** <br> **Chicago, IL 60604** | | | | **Representing:** <br> **Harris** | | | | **Notice Only** |
| Account No. **21915948** <br><br> **Harris & Harris, Ltd** <br> **Harris & Harris, Ltd.** <br> **111 W Jackson Blvd 400** <br> **Chicago, IL 60604-4135** | - | | | **Med1 02 Franciscan St James Health** | | | | **5,537.35** |
| Account No. <br><br> **Harris** <br> **111 W Jackson Blvd S-400** <br> **Chicago, IL 60604** | | | | **Representing:** <br> **Harris & Harris, Ltd** | | | | **Notice Only** |

Sheet no. __**35**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,621.35**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                                    ,        Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Harris & Harris, Ltd. PO Box 5598 Chicago, IL 60680-5598 | | | Representing: Harris & Harris, Ltd | | | | **Notice Only** |
| Account No. 25476773 | | - | various | | | | |
| Harris & Harris, Ltd Harris & Harris, Ltd. 111 W Jackson Blvd 400 Chicago, IL 60604-4135 | | | | | | | **8,054.30** |
| Account No. 24581542 | | - | | | | | |
| Harris & Harris, Ltd Harris & Harris, Ltd. 111 W Jackson Blvd 400 Chicago, IL 60604-4135 | | | | | | | **5,634.78** |
| Account No. 24286301 | | - | | | | | |
| Harris & Harris, Ltd Harris & Harris, Ltd. 111 W Jackson Blvd 400 Chicago, IL 60604-4135 | | | | | | | **5,568.20** |
| Account No. | | | | | | | |
| Franciscan Alliance Inc. Corporate Office  Attn:  Bankruptcy 1515 Dragoon Trail Mishawaka, IN 46544 | | | Representing: Harris & Harris, Ltd | | | | **Notice Only** |

Sheet no. __36__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,257.28**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **21587461** | | | | | | | | |
| **Harris & Harris, Ltd** **Harris & Harris, Ltd.** **111 W Jackson Blvd 400** **Chicago, IL 60604-4135** | - | | | | | | | **117.00** |
| Account No. **324338** | | | | 6/12/2012 | | | | |
| **Heart Care Center of Illinois** **Patient Bill Processing Center** **PO Box 1180** **Sharpsburg, GA 30277** | - | | | | | | | **40.00** |
| Account No. **324338** | | | | **Representing:** **Heart Care Center of Illinois** | | | | **Notice Only** |
| **Heart Care Centers of Illinois** **P.O. Box 766** **Bedford Park, IL 60499-0766** | | | | | | | | |
| Account No. **106-16026438** | | | | 11/26/2011 | | | | |
| **Hickory Cardiac Care LLC** **PO Box 6355** **Springfield, IL 62708-6355** | - | | | | | | | **75.00** |
| Account No. **15107767** | | | | Opened  5/01/13 **Collection Attorney Acmc Physician Services** | | | | |
| **Illinois Collection Service/ICS** **Illinois Collection Service** **Po Box 1010** **Tinley Park, IL 60477** | - | | | | | | | **2,401.00** |

| | | |
|---|---|---|
| Sheet no. __37__ of __79__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **2,633.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                                                  ,        Case No. _____
                                                 **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Illinois Collection Service/ICS**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL 60487** | | | **Representing:**<br>**Illinois Collection Service/ICS** | | | | **Notice Only** |
| Account No. **15656180**<br><br>**Illinois Collection Service/ICS**<br>**Illinois Collection Service**<br>**Po Box 1010**<br>**Tinley Park, IL 60477** | - | | **Opened  1/01/14**<br><br>**Collection Attorney Advocate Home Health Services** | | | | **1,480.00** |
| Account No. <br><br>**Illinois Collection Service/ICS**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL 60487** | | | **Representing:**<br>**Illinois Collection Service/ICS** | | | | **Notice Only** |
| Account No. **15656182**<br><br>**Illinois Collection Service/ICS**<br>**Illinois Collection Service**<br>**Po Box 1010**<br>**Tinley Park, IL 60477** | - | | **Opened  1/01/14**<br><br>**Collection Attorney Advocate Home Health Services** | | | | **955.00** |
| Account No. <br><br>**Illinois Collection Service/ICS**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL 60487** | | | **Representing:**<br>**Illinois Collection Service/ICS** | | | | **Notice Only** |

Sheet no. __**38**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,435.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz**                                                          ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **15343827**<br><br>**Illinois Collection Service/ICS**<br>**Illinois Collection Service**<br>**Po Box 1010**<br>**Tinley Park, IL 60477** | - | | Opened  8/01/13<br><br>**Collection Attorney Acmc Physician Services** | | | | 624.00 |
| Account No.<br><br>**Illinois Collection Service/ICS**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL 60487** | | | Representing:<br>Illinois Collection Service/ICS | | | | **Notice Only** |
| Account No. **15606783**<br><br>**Illinois Collection Service/ICS**<br>**Illinois Collection Service**<br>**Po Box 1010**<br>**Tinley Park, IL 60477** | - | | Opened 12/01/13<br><br>**Collection Attorney Acmc Physician Services** | | | | 474.00 |
| Account No.<br><br>**Illinois Collection Service/ICS**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL 60487** | | | Representing:<br>Illinois Collection Service/ICS | | | | **Notice Only** |
| Account No. **15656181**<br><br>**Illinois Collection Service/ICS**<br>**Illinois Collection Service**<br>**Po Box 1010**<br>**Tinley Park, IL 60477** | - | | Opened  1/01/14<br><br>**Collection Attorney Advocate Home Health Services** | | | | 350.00 |

Sheet no. __**39**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            | **1,448.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                              ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.  **Illinois Collection Service/ICS 8231 185th St Ste 100 Tinley Park, IL 60487** | | | | | Representing: Illinois Collection Service/ICS | | | | **Notice Only** |
| Account No. **15369383**  **Illinois Collection Service/ICS Illinois Collection Service Po Box 1010 Tinley Park, IL 60477** | | | - | | **Advocate Medical Group** | | | | **129.00** |
| Account No. **15623159**  **Illinois Collection Service/ICS Illinois Collection Service Po Box 1010 Tinley Park, IL 60477** | | | - | | **Advocate Medical Group** | | | | **3,986.00** |
| Account No. **14434279**  **Illinois Collection Service/ICS Illinois Collection Service Po Box 1010 Tinley Park, IL 60477** | | | - | | 5/18/2012  **ACMC Physician Services** | | | | **1,429.00** |
| Account No. **14561874**  **Illinois Collection Service/ICS Illinois Collection Service Po Box 1010 Tinley Park, IL 60477** | | | - | | **ADvocate Medical Group** | | | | **86.00** |

Sheet no. __**40**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **5,630.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1846121** | | | | | | | |
| **Illinois Medi-Car Inc.** **395 W. Lake Street** **P.O. Box 1407** **Elmhurst, IL 60126** | - | | | | | | **87.00** |
| Account No. **1476680-1** | | | | | | | |
| **Ingalls Memorial Hospital** **PO Box 3397** **Chicago, IL 60654-0397** | - | | | | | | **135.85** |
| Account No. **21-6372135** | | | | | | | |
| **CBCS** **PO Box 165025** **Columbus, OH 43216-5025** | | | **Representing:** **Ingalls Memorial Hospital** | | | | **Notice Only** |
| Account No. **1493322-1** | | | 7/16/2012 | | | | |
| **Ingalls Memorial Hospital** **PO Box 3397** **Chicago, IL 60654-0397** | - | | | | | | **73.85** |
| Account No. **640229** | | | | | | | |
| **Vision Financial Services** **PO Box 1768** **La Porte, IN 46352-1768** | | | **Representing:** **Ingalls Memorial Hospital** | | | | **Notice Only** |

Sheet no. __41__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**296.70**

B6F (Official Form 6F) (12/07) - Cont.

In re **Walter C Swiercz** _____,  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1476680-1** <br><br> **Ingalls Memorial Hospital** <br> **PO Box 3397** <br> **Chicago, IL 60654-0397** | - | | 6/26/12 | | | | **728.00** |
| Account No. **21-6372135** <br><br> **CBCS** <br> **PO Box 2334** <br> **Columbus, OH 43216-2334** | | | Representing: <br> **Ingalls Memorial Hospital** | | | | **Notice Only** |
| Account No. **437781** <br><br> **Ingalls Memorial Hospital** <br> **PO Box 75608** <br> **Chicago, IL 60675-5608** | - | | 6/26/2012-6/26/2012 | | | | **728.00** |
| Account No. **21-130160628** <br><br> **CBCS** <br> **PO Box 2334** <br> **Columbus, OH 43216-2334** | | | Representing: <br> **Ingalls Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Ingalls Memorial Hospital** <br> **PO Box 3397** <br> **Chicago, IL 60654-0397** | | | Representing: <br> **Ingalls Memorial Hospital** | | | | **Notice Only** |

Sheet no. __42__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,456.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                                   ,     Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ingalls Memorial Hospital<br>PO Box 5995<br>Peoria, IL 61601-5995** | | | **Representing:<br>Ingalls Memorial Hospital** | | | | **Notice Only** |
| Account No. **1483462-1**<br><br>**Ingalls Memorial Hospital<br>PO Box 3397<br>Chicago, IL 60654-0397** | - | | 7/3/2012 | | | | **281.75** |
| Account No. **437781**<br><br>**Ingalls Memorial Hospital<br>PO Box 3397<br>Chicago, IL 60654-0397** | - | | 7/16/2012 | | | | **211.00** |
| Account No. **437781**<br><br>**Ingalls Memorial Hospital<br>PO Box 3397<br>Chicago, IL 60654-0397** | - | | 7/31/2012 | | | | **211.00** |
| Account No. **1505131-1**<br><br>**Ingalls Memorial Hospital<br>PO Box 3397<br>Chicago, IL 60654-0397** | - | | 7/31/12 | | | | **73.85** |

Sheet no. __**43**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**777.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz**                                              ,        Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **multiple** <br><br> **Jeffrey L. Rosen** <br> **Attorney at Law** <br> **541 Otis Bowen Drive** <br> **Munster, IN 46321** | | - | | | **multiple** | | | | **0.00** |
| Account No. **137783** <br><br> **LCMH-Affiliated Services** <br> **2800 W 87th Street** <br> **Chicago, IL 60652-3831** | | - | | | **6/9/15** | | | | **5.55** |
| Account No. **4144** <br><br> **M.R. Olden & Associates, LLC** <br> **PO Box 631** <br> **Richton Park, IL 60471-0631** | | - | | | **various** | | | | **100.00** |
| Account No. **223869697061** <br><br> **Med Business Bureau** <br> **Po Box 1219** <br> **Park Ridge, IL 60068** | | - | | | **Opened  6/01/13** <br><br> **Collection Attorney Med1 02 Midwest Anesthesia Ltd** | | | | **4,340.00** |
| Account No. <br><br> **Med Business Bureau** <br> **1460 Renaissance Dr** <br> **Park Ridge, IL 60068** | | | | | **Representing:** <br> **Med Business Bureau** | | | | **Notice Only** |

Sheet no. __**44**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,445.55**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **223869703206**<br><br>**Med Business Bureau**<br>**Po Box 1219**<br>**Park Ridge, IL 60068** | - | | Opened  7/01/13<br><br>**Collection Attorney Med1 02 Midwest Anesthesia Ltd** | | | | 2,945.00 |
| Account No.<br><br>**Med Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | | Representing:<br>**Med Business Bureau** | | | | Notice Only |
| Account No. **223869746047**<br><br>**Med Business Bureau**<br>**Po Box 1219**<br>**Park Ridge, IL 60068** | - | | Opened 12/01/13<br><br>**Collection Attorney Med1 02 Midwest Anesthesia Ltd** | | | | 2,480.00 |
| Account No.<br><br>**Med Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | | Representing:<br>**Med Business Bureau** | | | | Notice Only |
| Account No. **223869776795**<br><br>**Med Business Bureau**<br>**Po Box 1219**<br>**Park Ridge, IL 60068** | - | | Opened  7/01/14<br><br>**Collection Attorney Med1 02 Midwest Anesthesia Ltd** | | | | 2,015.00 |

Sheet no. __45__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **7,440.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Walter C Swiercz** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Med Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | | Representing:<br>**Med Business Bureau** | | | | **Notice Only** |
| Account No. **223869697037** <br><br>**Med Business Bureau**<br>**Po Box 1219**<br>**Park Ridge, IL 60068** | - | | **Opened  6/01/13**<br><br>**Collection Attorney Med1 02 Midwest Anesthesia Ltd** | | | | **1,550.00** |
| Account No. <br><br>**Med Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | | Representing:<br>**Med Business Bureau** | | | | **Notice Only** |
| Account No. **223869774449** <br><br>**Med Business Bureau**<br>**Po Box 1219**<br>**Park Ridge, IL 60068** | - | | **Opened  7/01/14**<br><br>**Collection Attorney Med1 02 Midwest Anesthesia Ltd** | | | | **1,550.00** |
| Account No. <br><br>**Med Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | | Representing:<br>**Med Business Bureau** | | | | **Notice Only** |

Sheet no. __**46**__ of __**79**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,100.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz**                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **223869775497** | | | | | Opened 7/01/14 | | | | |
| **Med Business Bureau Po Box 1219 Park Ridge, IL 60068** | - | | | | **Collection Attorney Med1 02 Midwest Anesthesia Ltd** | | | | 1,550.00 |
| Account No. | | | | | | | | | |
| **Med Business Bureau 1460 Renaissance Dr Park Ridge, IL 60068** | | | | | Representing: **Med Business Bureau** | | | | Notice Only |
| Account No. **223869697038** | | | | | Opened 6/01/13 | | | | |
| **Med Business Bureau Po Box 1219 Park Ridge, IL 60068** | - | | | | **Collection Attorney Med1 02 Midwest Anesthesia Ltd** | | | | 310.00 |
| Account No. | | | | | | | | | |
| **Med Business Bureau 1460 Renaissance Dr Park Ridge, IL 60068** | | | | | Representing: **Med Business Bureau** | | | | Notice Only |
| Account No. **S000272133** | | | | | | | | | |
| **Medical Business Bureau LLC Po Box 1219 Park Ridge, IL 60068** | - | | | | | | | | 2,945.00 |

Sheet no. __47__ of __79__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,805.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                    ,         Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **S000317087**<br><br>**Medical Business Bureau LLC**<br>**Po Box 1219**<br>**Park Ridge, IL 60068** | - | | | | | | 5,115.00 |
| Account No. **S000291463**<br><br>**Medical Business Bureau LLC**<br>**PO Box 1219**<br>**Park Ridge, IL 60068** | - | | | | | | 2,480.00 |
| Account No. **S000267764**<br><br>**Medical Business Bureau LLC**<br>**Po Box 1219**<br>**Park Ridge, IL 60068** | - | | | | | | 6,200.00 |
| Account No. **8123522014**<br><br>**Merchants Credit Guide**<br>**223 W. Jackson Blvd.**<br>**Suite 400**<br>**Chicago, IL 60606** | - | | Opened 12/01/12<br><br>**Collection Attorney Midamerica Cardiovascular Cons** | | | | 0.00 |
| Account No.<br><br>**Merchants Credit Guide**<br>**223 W Jackson Blvd**<br>**Suite 900**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Merchants Credit Guide** | | | | **Notice Only** |

Sheet no. __48__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           **13,795.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                                        ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1830370** | | | | | | | | | |
| **Metro Center for Health 901 McClintock Drive Suite 202 Burr Ridge, IL 60527-0872** | - | | | | | | | | 2,130.93 |
| Account No. **1830370** | | **various** | | | | | | | |
| **Metro Infectious Disease Consultant 901 MClintock Drive Suite 202 Burr Ridge, IL 60527-0872** | - | | | | | | | | 2,130.93 |
| Account No. **SP M1251809** | | 5/15/2012 | | | | | | | |
| **MidAmerica Cardiovascular Consultan 5009 W. 95th Street Oak Lawn, IL 60453-2401** | - | | | | | | | | 55.00 |
| Account No. **MAL280239** | | 3/6/2015 | | | | | | | |
| **Midwest Anesthesiologists 3407 Momentum Place Chicago, IL 60689-5334** | - | | | | | | | | 245.02 |
| Account No. **281044** | | 3/16/15 | | | | | | | |
| **Midwest Anesthesiologists 3407 Momentum Place Chicago, IL 60689-5334** | - | | | | | | | | 45.23 |

Sheet no. __**49**__ of __**79**__ sheets attached to Schedule of                                    Subtotal                    4,607.11
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **223869** <br><br> **Midwest Anesthesiologists** <br> **3407 Momentum Place** <br> **Chicago, IL 60689-5334** | - | | 10/15/13 & others | | | | 5,115.00 |
| Account No. **223869** <br><br> **Midwest Anesthesiologists** <br> **3407 Momentum Place** <br> **Chicago, IL 60689-5334** | - | | 8/2/13 | | | | 2,480.00 |
| Account No. **223869** <br><br> **Midwest Anesthesiologists** <br> **3407 Momentum Place** <br> **Chicago, IL 60689-5334** | - | | 10/15/13 | | | | 1,550.00 |
| Account No. **223869** <br><br> **Midwest Anesthesiologists, Ltd.** <br> **185 Penny Avenue** <br> **Dundee, IL 60118** | - | | various | | | | 9,145.00 |
| Account No. **207364** <br><br> **Midwest Anesthesiologists, Ltd.** <br> **185 Penny Avenue** <br> **Dundee, IL 60118** | - | | 5/11/2012 | | | | 3,750.00 |

Sheet no. __50__ of __79__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    22,040.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz**                                                        ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **207364** <br><br> **Midwest Anesthesiologists, Ltd.** <br> **185 Penny Avenue** <br> **Dundee, IL 60118** | - | | various | | | | 20,700.00 |
| Account No. **LOMB-L861 C-001354892** <br><br> **Midwest Diagnostic Pathology, SC** <br> **PO Box 578** <br> **Park Ridge, IL 60068-0578** | - | | 3/16/ 15 & others | | | | 32.22 |
| Account No. **LOMB-L861 C-001354892** <br><br> **Midwest Diagnostic Pathology, SC** <br> **PO Box 578** <br> **Park Ridge, IL 60068-0578** | - | | 12/7/2013-12/09/2013 | | | | 1,292.00 |
| Account No. **MIP-DH9344300** <br><br> **Midwest Imaging Professionals** <br> **PO Box 371863** <br> **Pittsburgh, PA 15250-7863** | - | | 1/24/13 | | | | 38.00 |
| Account No. <br><br> **Merchants Credit  Guide Co.** <br> **223 W. Jackson Blvd** <br> **Suite 700** <br> **Chicago, IL 60606** | | | Representing: <br> **Midwest Imaging Professionals** | | | | **Notice Only** |

Sheet no. __51__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                22,062.22

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **WS67**<br><br>**Midwest Pulmonary, Associates, S.C**<br>**2340 S. Highland Ave.**<br>**Suite 230**<br>**Lombard, IL 60148** | - | | | | | | 125.00 |
| Account No. **MPAS - 064252**<br><br>**ABC Credit & Recovery Services, Inc**<br>**PO Box 3722**<br>**Lisle, IL 60532-8722** | | | Representing:<br>**Midwest Pulmonary, Associates, S.C** | | | | Notice Only |
| Account No. **10270988**<br><br>**MiraMed Revenue Group**<br>**Dept 77304**<br>**PO Box 77000**<br>**Detroit, MI 48277-0304** | - | | multiple<br><br>**St James Hospital & Medical Center** | | | | 410.90 |
| Account No. **10270988**<br><br>**MiraMed Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | Representing:<br>**MiraMed Revenue Group** | | | | Notice Only |
| Account No. **9512013941**<br><br>**St james Hospital & Health Centers**<br>**Attn:  Patient Accounts**<br>**1423 Chicago Road**<br>**Chicago Heights, IL 60411** | | | Representing:<br>**MiraMed Revenue Group** | | | | Notice Only |

Sheet no. __**52**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                535.90

B6F (Official Form 6F) (12/07) - Cont.

In re **Walter C Swiercz** _____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9512022831 | | | Representing: MiraMed Revenue Group | | | | Notice Only |
| St. James Hospital & Health Centers Attn: Patient Accounts 20201 S Crawford Ave Olympia Fields, IL 60461 | | | | | | | |
| Account No. 11316827 | | - | 2/1/2012 | | | | |
| MiraMed Revenue Group 991 Oak Creek Drive Lombard, IL 60148 | | | | | | | 25.00 |
| Account No. 11619508 | | - | Wellgroup Health Partners | | | | |
| MiraMed Revenue Group 991 Oak Creek Drive Lombard, IL 60148 | | | | | | | 890.17 |
| Account No. 9537071 | | - | Opened 5/01/14 Collection Attorney Superior Air-Ground Ambulance | | | | |
| Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | | | | | | 5,103.00 |
| Account No. 9194088 | | - | Opened 7/01/13 Collection Attorney Midwest Diagnostic Pathology A | | | | |
| Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | | | | | | 533.00 |

Sheet no. __53__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,551.17

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz**                                                    ,                     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9410984 | | | Opened  1/01/14 | | | | |
| **Mrsi** 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | - | | Collection Attorney Midwest Diagnostic Pathology A | | | | 393.00 |
| Account No. 5954302 | | | | | | | |
| **NCO Financial Systems, Inc.** 3005 Grape Rd Suite A Mishawaka, IN 46545 | - | | | | | | 0.00 |
| Account No. 306978 | | | | | | | |
| **St. James Center Psychological Well** 38005 Eagle Way Chicago, IL 60678-1380 | | | Representing: NCO Financial Systems, Inc. | | | | Notice Only |
| Account No. | | | | | | | |
| **St. James Prof SVC** Mark Conard, Phd 30 E 15th Street Suite 406 Chicago Heights, IL 60411 | | | Representing: NCO Financial Systems, Inc. | | | | Notice Only |
| Account No. 2967841 | | | various | | | | |
| **NEAR** PO Box 209 Thornwood, NY 10594-0209 | - | | MEDAC-St. James Anesthesia | | | | 4,945.00 |

Sheet no. __54__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,338.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz**                                                    ,        Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**St. James Anesthesia** <br>**20201 Crawford Ave** <br>**Olympia Fields, IL 60461** | | | Representing: <br>**NEAR** | | | | **Notice Only** |
| Account No. **275606** <br><br>**St. James Anesthesia** <br>**35777 Eagle Way** <br>**Chicago, IL 60678-1357** | | | Representing: <br>**NEAR** | | | | **Notice Only** |
| Account No. **275606** <br><br>**The Law Office of Raymond A. Conta** <br>**37 Saw Mill River Road** <br>**Hawthorne, NY 10532** | | | Representing: <br>**NEAR** | | | | **Notice Only** |
| Account No. **1809114058636552** <br><br>**Oak Lawn Radiology Imaging** <br>**37241 Eagle Way** <br>**Chicago, IL 60678** | - | | 11/21/13; 11/15/2013 | | | | **303.79** |
| Account No. **141380446** <br><br>**Trustmark Recovery Services** <br>**541 Otis Bowen Drive** <br>**Munster, IN 46321** | | | Representing: <br>**Oak Lawn Radiology Imaging** | | | | **Notice Only** |

Sheet no. __**55**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **303.79**

B6F (Official Form 6F) (12/07) - Cont.

In re __Walter C Swiercz__ _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1809114058091717**<br><br>**Oak Lawn Radiology Imaging**<br>**37241 Eagle Way**<br>**Chicago, IL 60678** | - | | 10/16/13 | | | | **203.79** |
| Account No. **126-18091140**<br><br>**Oak Lawn Radiology Imaging**<br>**37241 Eagle Way**<br>**Chicago, IL 60678** | - | | 7/31/13 | | | | **203.79** |
| Account No. **126-18091140**<br><br>**Oak Lawn Radiology Imaging**<br>**37241 Eagle Way**<br>**Chicago, IL 60678** | - | | 7/30/2013 | | | | **35.00** |
| Account No. **1809114056830157**<br><br>**Oak Lawn Radiology Imaging**<br>**37241 Eagle Way**<br>**Chicago, IL 60678** | - | | 7/30/13 | | | | **35.00** |
| Account No. **140721721**<br><br>**Trustmark Recovery Services**<br>**541 Otis Bowen Drive**<br>**Munster, IN 46321** | | | Representing:<br>**Oak Lawn Radiology Imaging** | | | | **Notice Only** |

Sheet no. __56__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**477.58**

B6F (Official Form 6F) (12/07) - Cont.

In re __Walter C Swiercz__ , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **122770192** <br><br> **Oaklawn Radiology at St. James** <br> **37241 Eagle Way** <br> **Chicago, IL 60678-1372** | - | | | | 11/29/2011 | | | | 472.00 |
| Account No. **72552585473** <br><br> **Oaklawn Radiology Imaging Consulta** <br> **37241 Eagle Way** <br> **Chicago, IL 60678-1372** | - | | | | 5/11/2012 | | | | 799.65 |
| Account No. **76512022831** <br><br> **Oaklawn Radiology Imaging Consulta** <br> **37241 Eagle Way** <br> **Chicago, IL 60678-1372** | - | | | | 2/3/2012 | | | | 35.00 |
| Account No. **76511206807** <br><br> **Oaklawn Radiology Imaging Consulta** <br> **37241 Eagle Way** <br> **Chicago, IL 60678-1372** | - | | | | 11/25-11/29/2011 | | | | 559.30 |
| Account No. <br><br> **Medical Business Office** <br> **541 Otis Bowen Drive** <br> **Munster, IN 46321** | | | | | Representing: <br> **Oaklawn Radiology Imaging Consulta** | | | | **Notice Only** |

Sheet no. __57__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,865.95**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                                      ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Oaklawn Radiology Imaging Consulta**<br>**37241 Eagle Way**<br>**Chicago, IL 60678-1372** | - | 1/21/13 | | | | | 1,108.78 |
| Account No. **72553369026**<br><br>**Oaklawn Radiology Imaging Consulta**<br>**37241 Eagle Way**<br>**Chicago, IL 60678-1372** | - | multiple | | | | | 341.65 |
| Account No. **72554039834**<br><br>**Oaklawn Radiology Imaging Consulta**<br>**37241 Eagle Way**<br>**Chicago, IL 60678-1372** | - | 10/25/12 | | | | | 134.00 |
| Account No. **72554355669**<br><br>**Oaklawn Radiology Imaging Consulta**<br>**37241 Eagle Way**<br>**Chicago, IL 60678-1372** | - | 11/23/2012 | | | | | 472.00 |
| Account No. **76512081620**<br><br>**Oaklawn Radiology Imaging Consulta**<br>**37241 Eagle Way**<br>**Chicago, IL 60678-1372** | - | 5/5/2012 | | | | | 53.78 |

Sheet no. __**58**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,110.21

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                          ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 76512022831 <br><br> **Oaklawn Radiology Imaging Consulta** <br> **37241 Eagle Way** <br> **Chicago, IL 60678-1372** | - | | 2/3/2012 | | | | | | 35.00 |
| Account No. 72554822841 <br><br> **Oaklawn Radiology Imaging Consulta** <br> **37241 Eagle Way** <br> **Chicago, IL 60678-1372** | - | | 1/12/13-1/21/13 | | | | | | 1,261.78 |
| Account No. <br><br> **Oaklawn Radiology Imaging Consulta** <br> **37241 Eagle Way** <br> **Chicago, IL 60678-1372** | - | | 1/21/13 | | | | | | 153.00 |
| Account No. 126-18091140 <br><br> **Oaklawn Radiology Imaging Consulta** <br> **37241 Eagle Way** <br> **Chicago, IL 60678-1372** | - | | 7/31/2013; 10/16/2013; 11/21/2013; | | | | | | 462.44 |
| Account No. **14430** <br><br> **Olympia Fields Eyecare** <br> **3700 W 203rd** <br> **Suite 103** <br> **Olympia Fields, IL 60461** | - | | various | | | | | | 785.52 |

Sheet no. __59__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 2,697.74 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Walter C Swiercz_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **H120803432** | | | 6/12/2012 | | | | |
| **Palos Community Hospital** **Attn:  Accounts Receivable** **12251 South 80th Avenue** **Palos Heights, IL 60463** | - | | | | | | **10,806.35** |
| Account No. | | | | | | | |
| **BARBARA J MEDLEY** **12251 S 80TH AVE** **Palos Heights, IL 60463** | | | **Representing:** **Palos Community Hospital** | | | | **Notice Only** |
| Account No. **20547667** | | | | | | | |
| **Harris & Harris, ltd.** **111 West Jackson Blvd. Suite 400** **Chicago, IL 60604-4134** | | | **Representing:** **Palos Community Hospital** | | | | **Notice Only** |
| Account No. **H120804794** | | | 6/11/2012 | | | | |
| **Palos Community Hospital** **Attn:  Accounts Receivable** **12251 South 80th Avenue** **Palos Heights, IL 60463** | - | | | | | | **2,132.00** |
| Account No. **7714120505991398** | | | Opened  3/01/15 **Factoring Company Account Synchrony Bank** | | | | |
| **Portfolio Recovery Ass** **287 Independence** **Virginia Beach, VA 23462** | - | | | | | | **2,300.00** |

Sheet no. __60__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,238.35**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                            ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **15237306-22** <br><br> **CAC Financial Corp** <br> **2601 NW Expressway, Suite 1000 East** <br> **Oklahoma City, OK 73112-6304** | | | | **Representing:** <br> **Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. <br><br> **GE Capital Retail Bank** <br> **Attn: Bankruptcy Dept.** <br> **PO Box 103104** <br> **Roswell, GA 30076** | | | | **Representing:** <br> **Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. **20734018** <br><br> **Global Credit & Collection Corp.** <br> **5440 N Cumberland Ave** <br> **Suite 300** <br> **Chicago, IL 60656-1490** | | | | **Representing:** <br> **Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. <br><br> **Portfolio Recovery Associates LLC** <br> **PO Box 12914** <br> **Norfolk, VA 23541** | | | | **Representing:** <br> **Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. **6008892491360083** <br><br> **Portfolio Recovery Ass** <br> **287 Independence** <br> **Virginia Beach, VA 23462** | | - | | **Opened 3/01/15** <br><br> **Factoring Company Account Synchrony Bank** | | | | **2,027.00** |

Sheet no. __61__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,027.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **15219636-22** <br><br> **CAC Financial Corp** <br> **2601 NW Expressway, Suite 1000 East** <br> **Oklahoma City, OK 73112-7236** | | | | **Representing:** <br> **Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. **26179360** <br><br> **Monarch Recovery Management** <br> **10965 Decatur Road** <br> **Philadelphia, PA 19154-3210** | | | | **Representing:** <br> **Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. <br><br> **NCO Financial Systems, Inc.** <br> **4740 Baxter Road** <br> **Virginia Beach, VA 23462** | | | | **Representing:** <br> **Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. <br><br> **Portfolio Recovery Associates LLC** <br> **PO Box 12914** <br> **Norfolk, VA 23541** | | | | **Representing:** <br> **Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. <br><br> **Transworld Systems Inc.** <br> **PO Box 17221** <br> **Wilmington, DE 19850** | | | | **Representing:** <br> **Portfolio Recovery Ass** | | | | **Notice Only** |

Sheet no. __62__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6019170228774862** | | | | **Opened 12/01/14** | | | | |
| **Portfolio Recovery Ass 287 Independence Virginia Beach, VA 23462** | - | | | **Factoring Company Account Synchrony Bank** | | | | |
| | | | | | | | | **1,883.00** |
| Account No. | | | | | | | | |
| **Portfolio Recovery Associates LLC 120 Corporate Blvd Attn:  Bankruptcy Norfolk, VA 23502** | | | | **Representing: Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Portfolio Recovery Associates, LLC 140 Corporate Blvd Norfolk, VA 23502** | | | | **Representing: Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Synchrony Bank Attn:  Bankruptcy Department PO Box 965061 Orlando, FL 32896-5061** | | | | **Representing: Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. **6032203380925189** | | | | **Opened  3/01/15** | | | | |
| **Portfolio Recovery Ass 287 Independence Virginia Beach, VA 23462** | - | | | **Factoring Company Account Synchrony Bank** | | | | |
| | | | | | | | | **1,015.00** |

Sheet no. __**63**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| **2,898.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Walter C Swiercz**                                              ,         Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **20746802** <br><br> **Global Credit & Collection Corp.** <br> **5440 N Cumberland Ave** <br> **Suite 300** <br> **Chicago, IL 60656-1490** | | | | Representing: <br> **Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. **695605** <br><br> **Integrity Solution Services, Inc.** <br> **4370 W. 109th Street, Suite 100** <br> **Overland Park, KS 66211** | | | | Representing: <br> **Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. <br><br> **Portfolio Recovery Associates LLC** <br> **PO Box 12914** <br> **Norfolk, VA 23541** | | | | Representing: <br> **Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. <br><br> **Portfolio Recovery Associates LLC** <br> **PO Box 12903** <br> **Norfolk, VA 23541** | | | | Representing: <br> **Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. **SYN2588** <br><br> **Professional Bureau of Collections of Maryland, Inc.** <br> **PO Box 628** <br> **Elk Grove, CA 95759** | | | | Representing: <br> **Portfolio Recovery Ass** | | | | **Notice Only** |

Sheet no. __**64**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                                    ,    Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Synchrony Bank** <br> **Attn: Bankruptcy Department** <br> **PO Box 965061** <br> **Orlando, FL 32896-5061** | | | **Representing:** <br> **Portfolio Recovery Ass** | | | | **Notice Only** |
| Account No. **SWIWA004** <br><br> **Pulmonary Consultants SC** <br> **12820 S Ridgeland Ave, Suite B** <br> **Palos Heights, IL 60463-2389** | | - | 3/12/15 | | | | **185.66** |
| Account No. **10302** <br><br> **Radiology and Nuclear Consultants** <br> **311 W Monroe** <br> **8th Fl  ACS LBX 71260** <br> **Chicago, IL 60606** | | - | 6/11/2012-6/12/12 | | | | **537.01** |
| Account No. **10302** <br><br> **Malcolm S. Gerald & Associates** <br> **332 S. Michigan Avenue Suite 600** <br> **Chicago, IL 60604-4318** | | | **Representing:** <br> **Radiology and Nuclear Consultants** | | | | **Notice Only** |
| Account No. **62345-QRICO-OB** <br><br> **Radiology Imaging Consultants, SC** <br> **75 Remittance Drive, Dept 1324** <br> **Chicago, IL 60675-1324** | | - | | | | | **49.82** |

Sheet no. __65__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**772.49**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Walter C Swiercz_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **23971**<br><br>Rehabtech Supply Corporation<br>10216 Werch Drive, Suite 108<br>Woodridge, IL 60517-5092 | - | 6/7/12 | | | | | | 953.50 |
| Account No. **10566929**<br><br>Retina Associates<br>Suite 207<br>2425 W 22nd Street<br>Oak Brook, IL 60523 | - | 6/30/14 | | | | | | 271.16 |
| Account No. **10566929**<br><br>Retina Associates<br>Suite 207<br>2425 W 22nd Street<br>Oak Brook, IL 60523 | - | 6/30/14 | | | | | | 415.76 |
| Account No. **10566929**<br><br>Retina Associates<br>Suite 207<br>2425 W 22nd Street<br>Oak Brook, IL 60523 | - | multiple | | | | | | 232.92 |
| Account No. **10566929**<br><br>Retina Associates<br>Suite 207<br>2425 W 22nd Street<br>Oak Brook, IL 60523 | - | multiple | | | | | | 242.77 |

Sheet no. __66__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,116.11

B6F (Official Form 6F) (12/07) - Cont.

In re **Walter C Swiercz**                                           , Case No. _____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LOMB-L441 M00991486** <br><br> **SCR Laboratory Physicians, SC** <br> **PO Box 5959** <br> **Carol Stream, IL 60197** | - | | 6/12/2012 | | | | 81.00 |
| Account No. **5121079723706914** <br><br> **Sears/cbna** <br> **Po Box 6282** <br> **Sioux Falls, SD 57117-6282** | - | | Opened 10/01/04  Last Active 10/15/13 <br><br> Credit Card | | | | 2,487.00 |
| Account No. <br><br> **Cardmember Services** <br> **PO Box 224379** <br> **Dallas, TX 75222-4379** | | | Representing: <br> Sears/cbna | | | | Notice Only |
| Account No. **98 M1 20189** <br><br> **Secretary of State** <br> **Driver Services Dept** <br> **2701 S. Dirksen Parkway** <br> **Springfield, IL 62723-0001** | - | | | | | | 0.00 |
| Account No. **3665A3831** <br><br> **SouthSuburban Cardiology Associates** <br> **3800 W 203rd Street** <br> **Suite 201** <br> **Olympia Fields, IL 60461-1184** | - | | 5/5/2012 | | | | 55.00 |

Sheet no. __67__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,623.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **SWL 264481** | | | various | | | | | |
| **Southwest Laboratory Physicians SC** **Dept 77-9288** **Chicago, IL 60678-9288** | - | | | | | | | 259.40 |
| Account No. **564504** | | | 7/30/13 | | | | | |
| **Specialty Physicians of Illinois** **38132 Eagle Way** **Chicago, IL 60678-1381** | - | | | | | | | 9.51 |
| Account No. **00028017** | | | multiple | | | | | |
| **St James Certified Home Health** **1400 Otto Blvd** **Chicago Heights, IL 60411-3400** | - | | | | | | | 3,355.00 |
| Account No. **00028017** | | | 12/2011 | | | | | |
| **St James Certified Home Health** **1400 Otto Blvd** **Chicago Heights, IL 60411-3400** | - | | | | | | | 370.00 |
| Account No. **306978** | | | 12/19/2011-12/23/2011 | | | | | |
| **St. James Center Psychological Well** **38005 Eagle Way** **Chicago, IL 60678-1380** | - | | | | | | | 180.00 |

Sheet no. __**68**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **4,173.91**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Walter C Swiercz**                                    ,          Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| NCO Financial Systems, Inc. 3005 Grape Rd Suite A Mishawaka, IN 46545 | | | | Representing: St. James Center Psychological Well | | | | Notice Only |
| Account No. 804193 | | - | | 11/29/11 | | | | |
| St. James Health Care Clinic 30 E 15th Street Ste 406 Chicago Heights, IL 60411 | | | | | | | | 250.00 |
| Account No. 59667191 | | | | | | | | |
| NCO Financial Systems, Inc. 3005 Grape Rd Suite A Mishawaka, IN 46545 | | | | Representing: St. James Health Care Clinic | | | | Notice Only |
| Account No. 1998 M1 20189 | | - | | | | | X | |
| State Farm Mutual c/o Steven D. Gertler Gertler & Gertler 415 N. LaSalle Street, Suite 402 Chicago, IL 60610 | | | | | | | | 3,532.98 |
| Account No. | | | | | | | | |
| Law Offices of Steven D. Gertler & Associates Ltd 415 N. LaSalle Street, Suite 402 Chicago, IL 60654-2742 | | | | Representing: State Farm Mutual | | | | Notice Only |

Sheet no. __69__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 **3,782.98**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                      ,        Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**State Farm Insurance** <br>**One State Farm Plaza** <br>**Bloomington, IL 61710** | | | Representing: <br>**State Farm Mutual** | | | | **Notice Only** |
| Account No. <br><br>**State Farm Mutual Automobile Ins Co** <br>**PO Box 2329** <br>**Bloomington, IL 61702-2329** | | | Representing: <br>**State Farm Mutual** | | | | **Notice Only** |
| Account No. **13-264903** <br><br>**Superior  Air-Ground Ambulance Svc.** <br>**395 West Lake Street** <br>**P.O. Box 1407** <br>**Elmhurst, IL 60126-8407** | - | | 7/30/2013 | | | | **5,103.72** |
| Account No. **9537071** <br><br>**Medical Recovery Specialists, LLC** <br>**2250 E Devon, Suite 352** <br>**Des Plaines, IL 60018-4521** | | | Representing: <br>**Superior  Air-Ground Ambulance Svc.** | | | | **Notice Only** |
| Account No. **1328874** <br><br>**Superior  Air-Ground Ambulance Svc.** <br>**395 West Lake Street** <br>**P.O. Box 1407** <br>**Elmhurst, IL 60126-8407** | - | | | | | | **1,198.11** |

Sheet no. __**70**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                **6,301.83**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                   ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **500414099** <br><br> **United Recovery Service, LLC** <br> **18525 Torrence Ave** <br> **Suite C-6** <br> **Lansing, IL 60438** | | | Representing: <br> **Superior  Air-Ground Ambulance Svc.** | | | | **Notice Only** |
| Account No. **70314** <br><br> **SW Infectious Disease and IM** <br> **PO Box 578220** <br> **Chicago, IL 60657-7303** | | - | 3/17/15 | | | | 45.96 |
| Account No. **xxxxxxxxxxxx4862** <br><br> **Synchrony Bank** <br> **Attn:  Bankruptcy Department** <br> **PO Box 965061** <br> **Orlando, FL 32896-5061** | | - | | | | | 0.00 |
| Account No. **4352377615561147** <br><br> **Td Bank Usa/targetcred** <br> **Po Box 673** <br> **Minneapolis, MN 55440** | | - | Opened 12/01/09  Last Active 10/22/13 <br><br> Credit Card | | | | 1,258.00 |
| Account No. **27123161** <br><br> **Firstsource Advantage LLC** <br> **205 Bryant Woods South** <br> **Amherst, NY 14228** | | | Representing: <br> **Td Bank Usa/targetcred** | | | | **Notice Only** |

Sheet no. __**71**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,303.96

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **86191799-1-79** <br><br> **IC System, Inc.** <br> **444 Highway 96 East** <br> **P.O. Box 64378** <br> **Saint Paul, MN 55164-0378** | | | **Representing:** <br> **Td Bank Usa/targetcred** | | | | **Notice Only** |
| Account No. **415331760** <br><br> **The Bureaus Inc.** <br> **650 Dundee Rd** <br> **Ste 370** <br> **Northbrook, IL 60062** | | - | **Opened  1/01/15** <br><br> **Collection Attorney Capital One  N.A.** | | | | **602.00** |
| Account No. <br><br> **The Bureaus Inc.** <br> **1717 Central St** <br> **Evanston, IL 60201** | | | **Representing:** <br> **The Bureaus Inc.** | | | | **Notice Only** |
| Account No. **62737** <br><br> **The Cardiology Group LLC** <br> **2850 West 95th Street** <br> **Suite 305** <br> **Evergreen Park, IL 60805-2701** | | - | **3/9/13** | | | | **134.00** |
| Account No. **62737** <br><br> **The Cardiology Group LLC** <br> **2850 West 95th Street** <br> **Suite 305** <br> **Evergreen Park, IL 60805-2701** | | - | **3/9/13** | | | | **134.00** |

Sheet no. __**72**__ of __**79**__ sheets attached to Schedule of                        Subtotal                **870.00**
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz** _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **62737** <br><br> **The Cardiology Group LLC** <br> **2850 West 95th Street** <br> **Suite 305** <br> **Evergreen Park, IL 60805-2701** | - | | | 8/14/2012 | | | | 18.00 |
| Account No. **62737** <br><br> **The Cardiology Group LLC** <br> **2850 West 95th Street** <br> **Suite 305** <br> **Evergreen Park, IL 60805-2701** | - | | | 3/9/13 & 10/14/13 | | | | 152.00 |
| Account No. **62737** <br><br> **The Cardiology Group LLC** <br> **2850 West 95th Street** <br> **Suite 305** <br> **Evergreen Park, IL 60805-2701** | - | | | 1/13/13 & 3/9/13 | | | | 134.00 |
| Account No. **3-1311750** <br><br> **The University of Chicago Physician** <br> **75 Remittance Drive** <br> **Suite 1385** <br> **Chicago, IL 60675-1385** | - | | | 6/21/2012 | | | | 743.00 |
| Account No. **39606** <br><br> **Tinley Primary Care** <br> **17148 S Harlem Avenue** <br> **Tinley Park, IL 60477-3331** | - | | | various | | | | 4,135.00 |

Sheet no. __**73**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,182.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**  ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **39606** <br><br> **Tinley Primary Care Ltd** <br> **17148 S Harlem Avenue** <br> **Tinley Park, IL 60477-3331** | - | | 12/8/14 | | | | **23.00** |
| Account No. **6083a-0000039606** <br><br> **Transworld Systems Inc** <br> **Collection Agency** <br> **po bOX 17221** <br> **Wilmington, DE 19850** | | | Representing: <br> **Tinley Primary Care Ltd** | | | | **Notice Only** |
| Account No. **39606** <br><br> **Tinley Primary Care Ltd** <br> **17148 S Harlem Avenue** <br> **Tinley Park, IL 60477-3331** | - | | various | | | | **1,173.00** |
| Account No. **39606** <br><br> **Tinley Primary Care Ltd** <br> **17148 S Harlem Avenue** <br> **Tinley Park, IL 60477-3331** | - | | various | | | | **1,353.00** |
| Account No. **6083A-0000039606** <br><br> **Transworld Systems Inc.** <br> **PO Box 17221** <br> **Wilmington, DE 19850** | | | Representing: <br> **Tinley Primary Care Ltd** | | | | **Notice Only** |

Sheet no. __**74**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,549.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Walter C Swiercz** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **120662311** <br><br> **Trustmark Recovery Services** <br> **541 Otis Bowen Drive** <br> **Munster, IN 46321** | - | | 11/29/11 | | | | **87.30** |
| Account No. **76511206807** <br><br> **Oaklawn Radiology at St. James** <br> **37241 Eagle Way** <br> **Chicago, IL 60678-1372** | | | Representing: <br> **Trustmark Recovery Services** | | | | **Notice Only** |
| Account No. **S000057587** <br><br> **UI Physicians Group** <br> **3293 Paysphere Circle** <br> **Chicago, IL 60674-3293** | - | | | | | | **870.00** |
| Account No. <br><br> **UI Hospital & Health Sciences Sys** <br> **1175 Devin Drive, Suite 173** <br> **Norton Shores, MI 49441** | | | Representing: <br> **UI Physicians Group** | | | | **Notice Only** |
| Account No. **929425** <br><br> **UIC Physician Group** <br> **7720 Solution Center** <br> **Chicago, IL 60677-7007** | - | | 11/4/14 | | | | **94.28** |

Sheet no. __**75**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,051.58**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **S000057587-929425**<br><br>**UIC Physician Group**<br>**3293 Paysphere Circle**<br>**Chicago, IL 60674-3293** | - | | | | | | 870.00 |
| Account No.<br><br>**Nationwide Credit & Collection, Inc**<br>**815 Commerce Drive**<br>**Suite 270**<br>**Oak Brook, IL 60523** | | | **Representing:**<br>**UIC Physician Group** | | | | Notice Only |
| Account No. **929425**<br><br>**UIC Physician Group**<br>**3293 Paysphere Circle**<br>**Chicago, IL 60674** | - | | 12/3/13-12/5/2013 | | | | 697.00 |
| Account No. **929425**<br><br>**UIC Physician Group**<br>**3293 Paysphere Circle**<br>**Chicago, IL 60674** | - | | 12/8/13173 | | | | 0.00 |
| Account No. **929425**<br><br>**UICPG**<br>**7720 Solution Center**<br>**Chicago, IL 60677-7007** | - | | various | | | | 726.40 |

Sheet no. __**76**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **2,293.40**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Walter C Swiercz**_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **929425** <br><br> **UICPG** <br> **7720 Solution Center** <br> **Chicago, IL 60677-7007** | - | various | | | | | | 132.79 |
| Account No. **929425** <br><br> **UICPG** <br> **7720 Solution Center** <br> **Chicago, IL 60677-7007** | - | 6/3/14 | | | | | | 23.31 |
| Account No. **500414099** <br><br> **United Recovery Service, LLC** <br> **18525 Torrence Ave** <br> **Suite C-6** <br> **Lansing, IL 60438** | - | | | | | | | 1,198.11 |
| Account No. <br><br> **Superior Ambulance Service** <br> **PO Box 1407** <br> **Elmhurst, IL 60126** | | | | **Representing:** <br> **United Recovery Service, LLC** | | | | **Notice Only** |
| Account No. **500337451** <br><br> **United Recovery Service, LLC** <br> **18525 Torrence Ave** <br> **Suite C-6** <br> **Lansing, IL 60438** | - | 5/12/2012 | | | | | | 3,577.00 |

Sheet no. __**77**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,931.21**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter C Swiercz**                                    ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **500390064** <br><br> **United Recovery Service, LLC** <br> **18525 Torrence Ave** <br> **Suite C-6** <br> **Lansing, IL 60438** | - | | | 9/1/2012 | | | | 4,702.00 |
| Account No. **1033106** <br><br> **University of Chicago Medical Cente** <br> **15965 Collections Center Drive** <br> **Chicago, IL 60693-0159** | - | | | 6/20/2012 | | | | 2,281.50 |
| Account No. **929425** <br><br> **University of Illinois Medical Ctr** <br> **Patient Accounts** <br> **PO Box 12199** <br> **Chicago, IL 60612-0199** | - | | | | | | | 987.59 |
| Account No. <br><br> **Nationwide Credit & Collection, Inc** <br> **815 Commerce Drive** <br> **Suite 270** <br> **Oak Brook, IL 60523** | | | | Representing: <br> **University of Illinois Medical Ctr** | | | | Notice Only |
| Account No. **640635** <br><br> **Vision Financial Services** <br> **PO Box 1768** <br> **La Porte, IN 46352-1768** | - | | | 7/3/2012 | | | | 281.75 |

| | | |
|---|---|---|
| Sheet no. __**78**__ of __**79**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 8,252.84 |

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter C Swiercz**                                                          ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **642297**  <br><br>**Vision Financial Services** <br>**PO Box 1768** <br>**La Porte, IN 46352-1768** | - | | **7/31/2012** | | | | **73.85** |
| Account No. **640229** <br><br>**Vision Financial Services** <br>**PO Box 1768** <br>**La Porte, IN 46352-1768** | - | | **7/16/2012** | | | | **73.85** |
| Account No. **564504** <br><br>**Well Group Health Partners** <br>**38132 Eagle Way** <br>**Chicago, IL 60678-1381** | - | | **multiple** | | | | **890.00** |
| Account No. **11524812** <br><br>**MiraMed Revenue Group** <br>**991 Oak Creek Drive** <br>**Lombard, IL 60148** | | | **Representing:** <br>**Well Group Health Partners** | | | | **Notice Only** |
| Account No. | | | | | | | |

Sheet no. __**79**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **1,037.70** |
| Total <br> (Report on Summary of Schedules) | **1,178,056.37** |

B6G (Official Form 6G) (12/07)

.

In re    **Walter C Swiercz**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0** 
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Walter C Swiercz**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Walter C Swiercz** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income                                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $          0.00 | $          N/A |

Debtor 1   **Walter C Swiercz**                                         Case number (*if known*)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00    $ N/A

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 1,874.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 1,874.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 1,874.00 + $ N/A = $ 1,874.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 1,874.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Walter C Swiercz** |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                       12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**   ☑ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ☐ Yes.  Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ☑ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 965.33 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    **Walter C Swiercz**                                          Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **200.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **45.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **70.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **450.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **50.00** |
| 10. | **Personal care products and services** | | 10. $ | **25.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | **50.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **0.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as** | | | |
| | **deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22. $ | **2,105.33** |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | **1,874.00** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | **2,105.33** |
| | 23c. | Subtract your monthly expenses from your monthly income. | 23c. $ | **-231.33** |
| | | The result is your monthly net income. | | |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

In re **Walter C Swiercz** _____  Case No. _____
                                            Debtor(s)      Chapter    **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **96**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **August 25, 2015** _____       Signature    **/s/ Walter C Swiercz** _____
                                                             **Walter C Swiercz**
                                                             Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Walter C Swiercz**                                Case No. _____

                                      Debtor(s)                      Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

■

      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

            AMOUNT                      SOURCE

---

**2. Income other than from employment or operation of business**

None

☐

      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $15,831.20 | **2015 - ytd SS benefits** |
| $23,351.20 | **2014 - SS benefits** |
| $23,016.00 | **2013 - ss benefits** |

B7 (Official Form 7) (04/13)
2

---

### 3. Payments to creditors

None ☐

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Cenlar Central Loan Admin & Reporti**<br>**PO Box 77404**<br>**Ewing, NJ 08628** | **various** | **$0.00** | **$79,000.00** |

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital One Bank v. Walter Swiercz**<br>**2015-M6-006672** | **collections** | **Circuit Court of Cook County, Illinois**<br>**Markham, Illinois** | **pending** |
| **Capital One Bank v. Walter Swiercz**<br>**2015-M6-006735** | **collections** | **Circuit Court of Cook County, Illinois**<br>**Markham, Illinois** | **pending** |
| **Walter Swiercz v. Advocate Christ Medical Center et al**<br>**2015 L 007901** | **medical malpractice** | **Circuit Court of Cook County, Illinois**<br>**Chicago, Illinois** | **pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lorraine M. Greenberg**<br>**150 North Michigan Avenue**<br>**Suite 800**<br>**Chicago, IL 60601** | **8/19/2015** | **$335 for court costs; $850 for attorneys fees** |

---

#### 10. Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

#### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

#### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

#### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

#### 14. Property held for another person

None ☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Charles Swiercz**<br>**561 Eastwood Drive**<br>**Lowell, IN 46356-2532** | **baby grand piano**<br>**purchased at estate sale by Debtor's son** | **Debtor's Residence** |

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **August 25, 2015**                    Signature   **/s/ Walter C Swiercz**
                                                          **Walter C Swiercz**
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Walter C Swiercz** _____

Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

Property No. 1

| Creditor's Name:<br>**Cenlar Central Loan Admin & Reporti** | Describe Property Securing Debt:<br>**single family home, purchased 1993;  pp. $81,900**<br>**Location: 364 Sauk Trail, Park Forest IL 60466** |
|---|---|

Property will be (check one):
☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  __Debtor to continue paying pursuant to Note__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| Lessor's Name:<br>**-NONE-** | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August 25, 2015** _____

Signature  **/s/ Walter C Swiercz** _____
**Walter C Swiercz**
Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Walter C Swiercz**

Debtor(s)

Case No. 

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 850.00 |
| Prior to the filing of this statement I have received | $ | 850.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed;**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 25, 2015**

**/s/ Lorraine M. Greenberg**
**Lorraine M. Greenberg**
**Lorraine M. Greenberg**
**150 N. Michigan Avenue**
**Suite 800**
**Chicago, IL 60601**
**312-588-3330  Fax: 312-264-5620**
**lgreenberg@greenberglaw.net**

---

    

The undersigned hereby retains as my Attorney, LORRAINE M. GREENBERG and such other attorneys as may be employed by her
and I hereby give permission to Lorraine M. Greenberg to hire other attorneys as co-counsel and to represent me, and to use
administrative assistants of her choosing in the following legal matter :

**CHAPTER 7**, Attorneys fees of $ _850 00_ for attorneys fees **PLUS** $335.00 for court costs.

> **PLUS** An additional $25 - 50 approximately for each credit counseling session (two are required) (I pay this directly
> to an approved credit counseling agency. Ms. Greenberg will provide me with information regarding agency)

> **PLUS** An additional $225.00 for each Trustee hearing that I fail to attend.

> **PLUS** An additional fee billed at $275.00 per hour for the defense of an adversary
> proceeding ($2,500.00 minimum retainer)

> **PLUS** An additional $ 100.00 fee + $30.00 court costs to add creditors
> after case is filed.

> **PLUS** An additional $ 450.00 fees to prepare and present either a Motion for Redemption, a Motion to Avoid Lien or
Motion to Reopen Case (plus court costs to reopen the case of $260.00), all of which must be paid in full before Attorney Greenberg
will prepare and present any of these Motions.

By signing below I authorize Ms. Greenberg to deposit all funds received for attorneys fees to be deposited into her operations account
immediately and to use the funds immediately as her own funds, as an advance payment retainer. I also authorize her to deposit all
funds into her Client funds account and immediately transfer the lump sum attorneys fees agreed to above to her operations account. I
understand that all money paid for work performed and earned is **NON-REFUNDABLE**. **In every case, the initial retainer of
$500.00 is non-refundable. This is a minimum charge.** It covers our fees and costs for opening a file on your behalf and inputting
your information into our computer system. If Client chooses not to proceed with the Chapter 7 for any reason, any fees earned for
work performed or for costs expended before the case has been filed are non-refundable. I understand that attorney services may be
billed at the rate of $275.00 per hour and paralegal services up to $100.00 per hour.

I have been told that both a chapter 7 and Chapter 13 are proceedings under the U.S. Bankruptcy Code, and that they both affect my
credit rating. My attorney has advised me that the decision to file either type of bankruptcy must be carefully considered, and that the
decision is mine alone. My attorney has explained both Chapter 13 and Chapter 7 to me and by signing below I acknowledge having
been given a copy of each of the Disclosure Forms and the Bankruptcy Information Sheet.

I understand that all of the fees and costs must be paid in full before my case will be fully prepared and filed with the Court, unless
otherwise agreed to by Lorraine M. Greenberg. I understand that I will not have the Court's protection from my creditors until the fees
and costs have been paid in full, unless otherwise agreed to in writing by Lorraine M. Greenberg and myself.

I have not been made any promises or guarantees other than that my attorneys will represent me in strict compliance with the law, and
to the best of their ability and knowledge. I promise to tell my attorneys and the Court the full truth and to cooperate fully with my
attorneys in this legal matter, and that if I do not, I agree that my attorney may discontinue representing me.

By signing below, I authorize my attorneys and their staff to file all necessary documents and schedules electronically with the Court
and to fax or mail or email copies of pages from my Bankruptcy Petition and Schedules as well as the Notice of Bankruptcy Filing to
my Employer, or any other entities my attorneys deem necessary. I also authorize my attorneys to contact whomever is necessary to
obtain documentation to support my testimony as to my assets , liabilities, and income, including my present or past employer and the
Internal Revenue Service. I further authorize my attorney to use email as a means of communication between myself and/or my
creditors and employer.

I understand that it is my responsibility alone to obtain a Certificate of Completion from a credit counseling agency approved by the
U.S. Trustee and to have it faxed to my attorneys at (312)264-5620 or delivered in person or emailed to my attorney at
lgreenberg@greenberglaw.net and that my attorneys cannot file my case until a certificate is received. I have also been told that I must
complete a second credit management training program after my case is filed in order to obtain a discharge of my debts.

By signing below, I acknowledge that I have been informed of any potential conflict of interest that my attorneys may have
and that I waive any such conflict without further notice. I agree to pay all reasonable and necessary attorneys fees and costs incurred
by Ms. Greenberg in the collection of any amounts due under this contract.

I have read this agreement and fully understand it and herewith acknowledge receipt of a copy. I acknowledge that this agreement is the
only agreement relating to attorneys fees that I have signed.

_____          _____
Debtor                                                     Joint Debtor

Agreed To: _____
Lorraine M Greenberg

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Walter C Swiercz** _____      Case No. _____
_____
                                Debtor(s)                Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Walter C Swiercz** _____      X  **/s/ Walter C Swiercz**          **August 25, 2015**
Printed Name(s) of Debtor(s)                              Signature of Debtor                Date

Case No. (if known) _____      X  _____
                                                         Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Walter C Swiercz** _____   Case No. _____
                                        Debtor(s)        Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **217**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **August 25, 2015** _____        **/s/ Walter C Swiercz** _____
                                                 **Walter C Swiercz**
                                                 Signature of Debtor

Abc Credit & Recovery
4736 Main St Ste 4
Lisle, IL 60532


ABC Credit & Recovery Services, Inc
PO Box 3722
Lisle, IL 60532-8722


ACL
POB 27901
West Allis, WI 53227


ACMC Physican Services
4440 W. 95th Street
Oak Lawn, IL 60453-2600


Advocate Christ Medical Center
PO Box 4256
Attn: Patient Accounts
Carol Stream, IL 60197-4256


Advocate Christ Medical Center
PO Box 3039
Attn: Patient Accounts
Oak Brook, IL 60522-3039


Advocate Christ Medical Center
4440 West 95th Street
Attn: Patient Accounts
Oak Lawn, IL 60453


Advocate Christ Medical Center
P.O. Box 3597
Physician Billing
Springfield, IL 62708-3597


Advocate Christ Medical Center
Attn: Billing/Collections
P.O. Box 70508
Chicago, IL 60673-0508


Advocate Christ Medical Center
P.O. Box 70508
Chicago, IL 60673

Advocate Health and Hospitals Corp.
P.O. Box 70508
Chicago, IL 60673-0508


Advocate Health Care
3075 Highland Parkway Suite 600
Downers Grove, IL 60515


Advocate Home Care Products -DME
2311 W 22nd Street, Ste 300
Oak Brook, IL 60523


Advocate Home Health Services
2311 W 22nd Street
Oak Brook, IL 60523-4103


Advocate Home Health Services
2311 W 22nd Street
Oak Brook, IL 60523


Advocate Medical Group
701 Lee Street
Des Plaines, IL 60016


Advocate Medical Group
4220 W 95th Street
Suite 200
Oak Lawn, IL 60453


Alliance One
4850 Street Rd #level C
Trevose, PA 19053


AMG - Heart & Vascular Of Illinois
75 Remittance Drive, Suite #1555
Chicago, IL 60675-1555


Andina & Irabagon S.C.
6250 South Archer
Chicago, IL 60638-2667


ARS National Services, Inc.
PO Box 463023
Escondido, CA 92046-3023

```
Asset Recovery Solutions LLC
2200 E Devon Ave
Suite 200
Des Plaines, IL 60018-4501


Asset Recovery Solutions, LLC
2200 E Devon Ave
Suite 200
Des Plaines, IL 60018-4501


Associates In Rehab Medicine
777 Oakmont Lane
Suite 1600
Westmont, IL 60559-5577


Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410


Bank Of America
Po Box 982235
El Paso, TX 79998


Bank of America
PO Box 982236
El Paso, TX 79998-2236


BARBARA J MEDLEY
12251 S 80TH AVE
Palos Heights, IL 60463


Barclays Bank Delaware
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899


Barclays Bank Delaware
125 S West St
Wilmington, DE 19801


Bay Area Credit Service LLC
PO Box 467600
Atlanta, GA 31146
```

Blatt, Hasenmiller, Leibsker & Moor
10 S. LaSalle St
Suite 2200
Chicago, IL 60603-1069


CAC Financial Corp
2601 NW Expressway, Suite 1000 East
Oklahoma City, OK 73112-6304


CAC Financial Corp
2601 NW Expressway, Suite 1000 East
Oklahoma City, OK 73112-7236


Cach Llc/Square Two Financial
Attention: Bankruptcy
4340 South Monaco St.  2nd Floor
Denver, CO 80237


Cach Llc/Square Two Financial
4340 S Monaco St Unit 2
Denver, CO 80237


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One
Pob 30281
Salt Lake City, UT 84130


Capital One Retail Services
PO Box 5893
Carol Stream, IL 60197-5893


Cardiothoracic & Vascular Surgical
Associates, S.C.
PO Box 3722
Springfield, IL 62708-3722


Cardiovascular Care Consultants
10837 S. Cicero Ave
Suite 110
Oak Lawn, IL 60453-6459

Cardiovascular Care Consultants
4950 W. 95th St
Oak Lawn, IL 60453-2504


Cardiovascular Care Consultants
4950 W. 95th St
Oak Lawn, IL 60453


Cardiovascular Consultants
12845 S Cicero Ave
Suite 202
Alsip, IL 60803-3083


Cardiovascular Management
900 S Frontage Road
Suite 325
Woodridge, IL 60517


Cardmember Services
PO Box 224379
Dallas, TX 75222-4379


CBCS
PO Box 165025
Columbus, OH 43216-5025


CBCS
PO Box 2334
Columbus, OH 43216-2334


Cenlar Central Loan Admin & Reporti
PO Box 77404
Ewing, NJ 08628


Chase Card
Po Box 15298
Wilmington, DE 19850


CITI
PO Box 790345
Saint Louis, MO 63179

Citicorp Centralized Bankruptcy Dep
(Home Depot)
Po Box 790040
Saint Louis, MO 63179


Client Services, Inc
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301


Comenity Bank/Harlem Furniture
Attention: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenity Bank/Harlem Furniture
Po Box 182789
Columbus, OH 43218


Comnwlth Fin
245 Main St
Dickson City, PA 18519


Consultants in Pathology SC
PO Box 30309
Charleston, SC 29417-0309


Consultants in Pathology SC
5935 Rivers Ave Ste 101
N. Charleston, SC 29406


Convergent Outsourcing, Inc.
10750 Hammerly Blvd #200
Houston, TX 77043


Credit First National Association
P.O. Box 81410
Cleveland, OH 44181


Credit First National Association
P.O. Box 81344
Cleveland, OH 44188

Credit First/CFNA
Bk13 Credit Operations
Po Box 818011
Cleveland, OH 44181


Credit First/CFNA
6275 Eastland Road
Brook Park, OH 44142


Deepak Leekha MD
777 Oakmont Lane, Ste 1600
Westmont, IL 60559-5577


Direct Merchants Bank
Cardmember Services
PO Box 30258
Salt Lake City, UT 84130-0258


Dr. Mulamalla & Dr. Reddy
Cardiovasular Care Associates
3800 203rd St Suite 209
Olympia Fields, IL 60461-1185


Dsnb Macys
Po Box 8218
Mason, OH 45040


Emp of Cook County LLC
4535 Dressler Road NW
Canton, OH 44718-2545


Emp of Cook County, LLC
PO Box 636750
Cincinnati, OH 45263-6750


Escallate Llc
5200 Stoneham Rd
North Canton, OH 44720


Escallate Llc
PO Box 710715
Columbus, OH 43271-0715

FIA Card Services, N.A.
PO Box 15102
Wilmington, DE 19886-5102


First Step Group LLC
6300 Shingle Creek Parkway
Suite 220
Brooklyn Center, MN 55430


Firstsource Advantage LLC
205 Bryant Woods South
Amherst, NY 14228


FMA Alliance, Ltd.
12339 Cutten Road
Houston, TX 77066


Foot & Ankle Associates Ltd
4650 Southwest Highway
Oak Lawn, IL 60453


Franciscan Alliance
PO Box 4628
Oak Brook, IL 60522


Franciscan Alliance
PO Box 664056
Indianapolis, IN 46266-4056


Franciscan Alliance Inc
37653 Eagle Way
Chicago, IL 60678-1376


Franciscan Alliance Inc.
Corporate Office Attn: Bankruptcy
1515 Dragoon Trail
Mishawaka, IN 46544


Franciscan St. James Health
PO Box 4628
Oakbrook, IL 60522

Franciscan St. James Health
2434 Interstate Plaza Drive
Suite 2
Hammond, IN 46324


Franciscan St. James Health
Olympia Fields
c/o Harris & Harris, Ltd
111 W Jackson Blvd, Suite 900
Chicago, IL 60604-4134


Franciscan St. James Health
PO Box 4628
Oak Brook, IL 60522


Franciscan St. James Health - Olymp
Fields
c/o Harris & Harris, Ltd
111 West Jackson Blvd, Suite 400
Chicago, IL 60604-4135


Franciscan St. James Health-Olympia
PO Box 4628
Oakbrook, IL 60522


GAIL D HASBROUCK
3075 HIGHLAND PARKWAY
Suite 600
Downers Grove, IL 60515


GE Capital Retail Bank
Attn: Bankruptcy Dept.
PO Box 103104
Roswell, GA 30076


GE Capital Retail Bank/Discount Tir
Bankruptcy Dept.
PO Box 103106
Roswell, GA 30076


Global Credit & Collection Corp.
5440 N Cumberland Ave
Suite 300
Chicago, IL 60656-1490

Hanger Clinic
17530 S Kedzie Avenue
Hazel Crest, IL 60429-2004

Hanger Prosthetics & Orthotics
17530 S Kedzie Avenue
Hazel Crest, IL 60429-2004

Harris
Harris & Harris, Ltd.
111 W Jackson Blvd 400
Chicago, IL 60604

Harris
111 W Jackson Blvd S-400
Chicago, IL 60604

Harris & Harris, Ltd
Harris & Harris, Ltd.
111 W Jackson Blvd 400
Chicago, IL 60604-4135

Harris & Harris, Ltd.
PO Box 5598
Chicago, IL 60680-5598

Harris & Harris, ltd.
111 West Jackson Blvd. Suite 400
Chicago, IL 60604-4134

Harris & Harris, ltd.
111 West Jackson Blvd. Suite 400
Chicago, IL 60604-4135

Heart Care Center of Illinois
Patient Bill Processing Center
PO Box 1180
Sharpsburg, GA 30277

Heart Care Centers of Illinois
P.O. Box 766
Bedford Park, IL 60499-0766

Hickory Cardiac Care LLC
PO Box 6355
Springfield, IL 62708-6355


Home Depot Credit Services
PO Box 790328
Saint Louis, MO 63179


IC System, Inc.
444 Highway 96 East
P.O. Box 64378
Saint Paul, MN 55164-0378


Illinois Collection Service/ICS
Illinois Collection Service
Po Box 1010
Tinley Park, IL 60477


Illinois Collection Service/ICS
8231 185th St Ste 100
Tinley Park, IL 60487


Illinois Medi-Car Inc.
395 W. Lake Street
P.O. Box 1407
Elmhurst, IL 60126


Ingalls Memorial Hospital
PO Box 3397
Chicago, IL 60654-0397


Ingalls Memorial Hospital
PO Box 75608
Chicago, IL 60675-5608


Ingalls Memorial Hospital
PO Box 5995
Peoria, IL 61601-5995


Integrity Solution Services, Inc.
4370 W. 109th Street, Suite 100
Overland Park, KS 66211

Jeffrey L. Rosen
Attorney at Law
541 Otis Bowen Drive
Munster, IN 46321


Juniper
PO Box 13337
Philadelphia, PA 19101-3337


Law Offices of Joel Cardis, LLC
2006 Swede Road, Suite 100
E. Norriton, PA 19401


Law Offices of Steven D. Gertler &
Associates Ltd
415 N. LaSalle Street, Suite 402
Chicago, IL 60654-2742


LCMH-Affiliated Services
2800 W 87th Street
Chicago, IL 60652-3831


Leading Edge Recovery Solutions
5440 N. Cumberland Ave., Suite 300
Chicago, IL 60656-1490


LTD Financial Services LP
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


M.R. Olden & Associates, LLC
PO Box 631
Richton Park, IL 60471-0631


Macy's
Attention: Bankruptcy Processing
PO Box 8053
Mason, OH 45040


Malcolm S. Gerald & Associates
332 S. Michigan Avenue Suite 600
Chicago, IL 60604-4318

Med Business Bureau
Po Box 1219
Park Ridge, IL 60068


Med Business Bureau
1460 Renaissance Dr
Park Ridge, IL 60068


Medical Business Bureau LLC
Po Box 1219
Park Ridge, IL 60068


Medical Business Office
541 Otis Bowen Drive
Munster, IN 46321


Medical Recovery Specialists, LLC
2250 E Devon, Suite 352
Des Plaines, IL 60018-4521


Merchants Credit  Guide Co.
223 W. Jackson Blvd
Suite 700
Chicago, IL 60606


Merchants Credit Guide
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606


Merchants Credit Guide
223 W Jackson Blvd
Suite 900
Chicago, IL 60606


Metro Center for Health
901 McClintock Drive Suite 202
Burr Ridge, IL 60527-0872


Metro Infectious Disease Consultant
901 MClintock Drive
Suite 202
Burr Ridge, IL 60527-0872

MidAmerica Cardiovascular Consultan
5009 W. 95th Street
Oak Lawn, IL 60453-2401


Midwest Anesthesiologists
3407 Momentum Place
Chicago, IL 60689-5334


Midwest Anesthesiologists, Ltd.
185 Penny Avenue
Dundee, IL 60118


Midwest Diagnostic Pathology, SC
PO Box 578
Park Ridge, IL 60068-0578


Midwest Imaging Professionals
PO Box 371863
Pittsburgh, PA 15250-7863


Midwest Pulmonary, Associates, S.C
2340 S. Highland Ave.
Suite 230
Lombard, IL 60148


MiraMed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI 48277-0304


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


Monarch Recovery Management
10965 Decatur Road
Philadelphia, PA 19154-3210


MRS Associates Of NJ
1930 Olney Ave
Cherry Hill, NJ 08003


Mrsi
2250 E Devon Ave Ste 352
Des Plaines, IL 60018

Nationstar Mortgage
Attn: Bankruptcy
PO Box 619096
Dallas, TX 75261-9741

Nationstar Mortgage
Bankruptcy Dept.
PO Box 630348
Irving, TX 75063

Nationwide Credit & Collection, Inc
815 Commerce Drive
Suite 270
Oak Brook, IL 60523

NCB Management Services, Inc.
P.O. Box 1099
Langhorne, PA 19047

NCO Financial Systems, Inc.
3005 Grape Rd Suite A
Mishawaka, IN 46545

NCO Financial Systems, Inc.
4740 Baxter Road
Virginia Beach, VA 23462

NEAR
PO Box 209
Thornwood, NY 10594-0209

Nelson, Watson & Associates, LLC
PO Box 1299
Haverhill, MA 01831-1799

Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439

Northland Group, Inc.
P.O. Box 390905
Mail Code F164
Edina, MN 55439

Northstar Location Services LLC
4285 Genesee Street
Cheektowaga, NY 14225-1943


Oak Lawn Radiology Imaging
37241 Eagle Way
Chicago, IL 60678


Oaklawn Radiology at St. James
37241 Eagle Way
Chicago, IL 60678-1372


Oaklawn Radiology Imaging Consulta
37241 Eagle Way
Chicago, IL 60678-1372


Olympia Fields Eyecare
3700 W 203rd
Suite 103
Olympia Fields, IL 60461


Palos Community Hospital
Attn: Accounts Receivable
12251 South 80th Avenue
Palos Heights, IL 60463


Phoenix Financial Services LLC
PO Box 26580
Indianapolis, IN 46226-0580


Plaza Recovery, Inc
PO Box 722218
Houston, TX 77272-2218


Portfolio Recovery Ass
287 Independence
Virginia Beach, VA 23462


Portfolio Recovery Associates LLC
PO Box 12914
Norfolk, VA 23541

Portfolio Recovery Associates LLC
120 Corporate Blvd
Attn: Bankruptcy
Norfolk, VA 23502


Portfolio Recovery Associates LLC
PO Box 12903
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
140 Corporate Blvd
Norfolk, VA 23502


Professional Bureau of Collections
of Maryland, Inc.
PO Box 628
Elk Grove, CA 95759


Pulmonary Consultants SC
12820 S Ridgeland Ave, Suite B
Palos Heights, IL 60463-2389


Radiology and Nuclear Consultants
311 W Monroe
8th Fl  ACS LBX 71260
Chicago, IL 60606


Radiology Imaging Consultants, SC
75 Remittance Drive, Dept 1324
Chicago, IL 60675-1324


Rehabtech Supply Corporation
10216 Werch Drive, Suite 108
Woodridge, IL 60517-5092


Retina Associates
Suite 207
2425 W 22nd Street
Oak Brook, IL 60523


SCR Laboratory Physicians, SC
PO Box 5959
Carol Stream, IL 60197

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282


Secretary of State
Driver Services Dept
2701 S. Dirksen Parkway
Springfield, IL 62723-0001


SouthSuburban Cardiology Associates
3800 W 203rd Street
Suite 201
Olympia Fields, IL 60461-1184


Southwest Laboratory Physicians SC
Dept 77-9288
Chicago, IL 60678-9288


Specialty Physicians of Illinois
38132 Eagle Way
Chicago, IL 60678-1381


St James Certified Home Health
1400 Otto Blvd
Chicago Heights, IL 60411-3400


St james Hospital & Health Centers
Attn: Patient Accounts
1423 Chicago Road
Chicago Heights, IL 60411


St. James Anesthesia
20201 Crawford Ave
Olympia Fields, IL 60461


St. James Anesthesia
35777 Eagle Way
Chicago, IL 60678-1357


St. James Center Psychological Well
38005 Eagle Way
Chicago, IL 60678-1380

St. James Health Care Clinic
30 E 15th Street Ste 406
Chicago Heights, IL 60411

St. James Hospital & Health Centers
Attn: Patient Accounts
20201 S Crawford Ave
Olympia Fields, IL 60461

St. James Prof SVC
Mark Conard, Phd
30 E 15th Street
Suite 406
Chicago Heights, IL 60411

State Collection Service
2509 S. Stoughton Road
Madison, WI 53716

State Farm Insurance
One State Farm Plaza
Bloomington, IL 61710

State Farm Mutual
c/o Steven D. Gertler
Gertler & Gertler
415 N. LaSalle Street, Suite 402
Chicago, IL 60610

State Farm Mutual Automobile Ins Co
PO Box 2329
Bloomington, IL 61702-2329

Superior  Air-Ground Ambulance Svc.
395 West Lake Street
P.O. Box 1407
Elmhurst, IL 60126-8407

Superior Ambulance Service
PO Box 1407
Elmhurst, IL 60126

SW Infectious Disease and IM
PO Box 578220
Chicago, IL 60657-7303

Synchrony Bank
Attn: Bankruptcy Department
PO Box 965061
Orlando, FL 32896-5061


Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440


The Bureaus Inc.
650 Dundee Rd
Ste 370
Northbrook, IL 60062


The Bureaus Inc.
1717 Central St
Evanston, IL 60201


The Cardiology Group LLC
2850 West 95th Street
Suite 305
Evergreen Park, IL 60805-2701


The Law Office of Raymond A. Conta
37 Saw Mill River Road
Hawthorne, NY 10532


The University of Chicago Physician
75 Remittance Drive
Suite 1385
Chicago, IL 60675-1385


Tinley Primary Care
17148 S Harlem Avenue
Tinley Park, IL 60477-3331


Tinley Primary Care Ltd
17148 S Harlem Avenue
Tinley Park, IL 60477-3331


Transworld Systems Inc
Collection Agency
po bOX 17221
Wilmington, DE 19850

Transworld Systems Inc.
PO Box 17221
Wilmington, DE 19850


Trustmark Recovery Services
541 Otis Bowen Drive
Munster, IN 46321


UI Hospital & Health Sciences Sys
1175 Devin Drive, Suite 173
Norton Shores, MI 49441


UI Physicians Group
3293 Paysphere Circle
Chicago, IL 60674-3293


UIC Physician Group
7720 Solution Center
Chicago, IL 60677-7007


UIC Physician Group
3293 Paysphere Circle
Chicago, IL 60674-3293


UIC Physician Group
3293 Paysphere Circle
Chicago, IL 60674


UICPG
7720 Solution Center
Chicago, IL 60677-7007


United Collection Bureau, Inc.
5620 Southwyck Blvd.
Suite 206
Toledo, OH 43614


United Recovery Service, LLC
18525 Torrence Ave
Suite C-6
Lansing, IL 60438


United Recovery Systems, LP
5800 North Course Drive
Houston, TX 77072-1613

University of Chicago Medical Cente
15965 Collections Center Drive
Chicago, IL 60693-0159


University of Illinois Medical Ctr
Patient Accounts
PO Box 12199
Chicago, IL 60612-0199


Vision Financial Services
PO Box 1768
La Porte, IN 46352-1768


Well Group Health Partners
38132 Eagle Way
Chicago, IL 60678-1381


Weltman Weinberg & Reis
3705 Marlane Drive
Grove City, OH 43123-8895